AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __GUAM__

MARSHALS-GUAM
RECEIVED
12 FEB 2004  00

UNITED STATES OF AMERICA

V.

**KUANG-HUA CHEN**

**WARRANT FOR ARREST**

Case Number: CR-04-00008

FILED
DISTRICT COURT OF GUAM
NOV 18 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KUANG-HUA CHEN__
Name

and bring him or her forthwith to the nearest district judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)
21:952(a), 960 & 963 - CONSPIRACY TO IMPORT N-N-DIMETHYLAMPHETAMINE HYDROCHLORIDE (COUNT 1)
21:952(a) & 960; & 18:2 - IMPORTATION OF N-N-DIMETHYLAMPHETAMINE HYDROCHLORIDE (COUNT 2)
21:841(a)(1), 841(b) & 846 - CONSPIRACY TO DISTRIBUTE N-N-DIMETHYLAMPHETAMINE HYDROCHLORIDE (COUNT 3)
21:841(a)(1), 841(b) & 18:2 - DISTRIBUTION OF N-N-DIMETHYLAMPHETAMINE HYDROCHLORIDE (COUNT 4)
21:841(a)(1), 841(b) & 846; & 18:2 - ATTEMPTED DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE (COUNT 5)

in violation of Title _____ United States Code, Section(s) _____

**MARILYN B. ALCON**
Name of Issuing Officer

*[signature: Marilyn B. Alcon]*
Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

February 11, 2004, Hagatna, Guam
Date and Location

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Returned Unexecuted/ New Warrant Issued Under Superceeding Indictment

DATE RECEIVED: 2/11/04
DATE OF ARREST: _____

NAME AND TITLE OF ARRESTING OFFICER: John Curry CID USM

SIGNATURE OF ARRESTING OFFICER: *[signature]* CID USM