# UNITED STATES DISTRICT COURT

District of _____ **GUAM**

U.S. MARSHALS-GUAM
RECEIVED
-8 SEP 2004 00

UNITED STATES OF AMERICA

V.

**KUANG-HUA CHEN**

## WARRANT FOR ARREST

Case Number: CR-04-00008

**FILED**
DISTRICT COURT OF GUAM
NOV 18 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **KUANG-HUA CHEN** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**Superseding**

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

**21:952(a), 960 & 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)**
**21:952(a) & 960; & 18:2 - IMPORTATION OF N-N-DIMETHYLAMPHETAMINE HYDROCHLORIDE (COUNT 2)**
**21:841(a)(1) & 841(b) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 3)**
**21:841(a)(1) & 841(b) & 18:2 - POSSESSION WITH INTENT TO DISTRIBUTE N-N-DIMETHYLAPHETAMINE HYDROCHLORIDE (COUNT 4)**

in violation of Title _____ United States Code, Section(s) _____

**MARILYN B. ALCON**
Name of Issuing Officer

*Marilyn B. Alcon* (signature)
Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

September 7, 2004, Hagatna, Guam
Date and Location

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Guam Intl. Airport

| DATE RECEIVED 9/7/04 | NAME AND TITLE OF ARRESTING OFFICER John Curry CZDUSM | SIGNATURE OF ARRESTING OFFICER CZDUSM |
| --- | --- | --- |
| DATE OF ARREST 11/18/05 | | |