

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>**KUANG-HUA CHEN,**<br><br>Defendant. | CRIMINAL CASE NO. 04-00008<br><br>O R D E R |

IT IS HEREBY ORDERED that **RAWLEN MANTANONA** is appointed to represent the defendant in the above-entitled case.

Dated this 18th day of November, 2005.

_____
JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM

**ORIGINAL**