# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA, | Case No. 1:04-cr-00008 |
| Plaintiff, | |
| vs. | |
| Kuang-Hua Chen, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the ***Appointment Order, Trial Order and Order of Detention filed November 18, 2005***, on the dates indicated below:

*U.S. Attorney's Office*          *Rawlen Mantanona*
*November 21, 2005*                *November 21, 2005*


*U.S. Probation Office*           *U.S. Marshals Service*
*November 21, 2005*                *November 21, 2005*
*(Order of Detention Only)*        *(Order of Detention Only)*


I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Appointment Order, Trial Order and Order of Detention filed November 18, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 21, 2005 /s/ Marilyn B. Alcon
Deputy Clerk