# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, | |
| Plaintiff, | Case No. 1:04-cr-00008 |
| vs. | |
| Kuang-Hua Chen, | **AMENDED CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the *CJA 20 and CJA 21 Vouchers filed November 23, 2005,* on the dates indicated below:

*Rawlen Mantanona*
*November 23, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*CJA 20 and CJA 21 Vouchers filed November 23, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 28, 2005        /s/ Virginia T. Kilgore
                                        Deputy Clerk