(CCC)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for defendant



FILED
DISTRICT COURT OF GUAM

DEC 12 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Case No. CR 04-00008 |
| Plaintiff, | ( | SUBSTITUTION OF ATTORNEYS |
| vs. | ( | |
| KUANG-HUA CHEN, | ( | |
| Defendant. | ( | |

Kuang-Hua Chen, defendant herein, substitutes Howard Trapp Incorporated, Howard Trapp, Esq., as his retained attorney of record in the above-entitled proceeding in the place and stead of Mantanona Law Office, Rawlen M. Mantanona, Esq., his court-appointed attorney of record in the above-entitled proceeding, each

ORIGINAL

(SUBSTITUTION OF ATTORNEYS)
Case No. CR 04-00008

of the undersigned consenting hereto.

   Dated at Hagåtña, Guam, this 9th day of December, 2005.

_____
KUANG-HUA CHEN
Defendant

_____
RAWLEN M. MANTANONA
MANTANONA LAW OFFICE
Withdrawing attorney for
 defendant

_____
HOWARD TRAPP
HOWARD TRAPP INCORPORATED
Substituting attorney for
 defendant

(\DOCUMENT\Subatty.KChen)

2