(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for defendant

**FILED**
DISTRICT COURT OF GUAM

DEC 1 3 2005

MARY L.M. MORAN
CLERK OF COURT

### DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Case No. CR 04-00008 |
| | ) | |
| Plaintiff, | ( | ORDER |
| | ) | |
| vs. | ( | |
| | ) | |
| KUANG-HUA CHEN, | ( | |
| | ) | |
| Defendant. | ( | |

------------

Defendant having filed a substitution of attorneys, and the Court being fully advised,

IT IS ORDERED that the substitution of attorneys is approved, and

IT IS FURTHER ORDERED that Howard Trapp Incorporated, Howard Trapp, Esq., is substituted as defendant's retained attorney of record in the above-entitled proceeding in the place and stead of Mantanona Law Office, Rawlen M. Mantanona, Esq., his court appointed attorney of record in the above-entitled proceeding.

Dated this 12th day of December, 2005.

**RECEIVED**

DEC 1 2 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

(\DOCUMENT\Order.KChen)

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

ORIGINAL