HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

FILED
DISTRICT COURT OF GUAM

JAN 1 1 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | CR 04-00008 |
| | ) | |
| Plaintiff, | ( | AMENDED PROPOSED |
| | ) | VERDICT FORMS |
| vs. | ( | |
| | ) | |
| KUANG-HUA CHEN, | ( | |
| | ) | |
| Defendant. | ( | |

------------

Defendant respectfully proposes the verdict forms hereto annexed. These amended proposed verdict forms amend and supersede the proposed verdict forms served and filed in this proceeding on January 10, 2006.

Dated, Hagåtña, Guam,

January 11, 2006.

/s/ HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

(DOCUMENT\VERDICT.KChen)

ORIGINAL

DISTRICT COURT OF GUAM

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | CR 04-00008 |
| | ) | |
| Plaintiff, | ( | **V E R D I C T** |
| | ) | |
| vs. | ( | (COUNT I) |
| | ) | |
| KUANG-HUA CHEN, | ( | |
| | ) | |
| Defendant. | ( | |

---

We, the jury in the above entitled case, unanimously find the defendant, KUANG-HUA CHEN,

/ / NOT GUILTY

/ / GUILTY

of the offense of conspiring to import into the United States from a place outside thereof 3,000 grams, net weight, of methamphetamine hydrochloride, also known as "ice," a scheduled II controlled substance, as charged in Count I of the indictment.

Dated: _____.

_____
**FOREMAN**

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | CR 04-00008 |
| | ) | |
| Plaintiff, | ( | <u>V E R D I C T</u> |
| | ( | |
| vs. | ) | (COUNT II) |
| | ( | |
| KUANG-HUA CHEN, | ) | |
| | ( | |
| Defendant. | ) | |

------------

We, the jury in the above entitled case, unanimously find the defendant, KUANG-HUA CHEN,

/ / NOT GUILTY

/ / GUILTY

of the offense of unlawful importation of over 2,800 grams, net weight, of N, N-dimethylamphetamine hydrochloride, a scheduled I controlled substance, as charged in Count II of the indictment.

Dated: _____.

_____
**FOREMAN**

DISTRICT COURT OF GUAM

--------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | CR 04-00008 |
| | ) | |
| Plaintiff, | ( | **V E R D I C T** |
| | ) | |
| vs. | ( | (COUNT III) |
| | ) | |
| KUANG-HUA CHEN, | ( | |
| | ) | |
| Defendant. | ( | |

--------------

We, the jury in the above entitled case, unanimously find the defendant, KUANG-HUA CHEN,

/ / NOT GUILTY

/ / GUILTY

of the offense of conspiring to distribute 3,000 grams, net weight, of methamphetamine hydrochloride, also known as "ice," a scheduled II controlled substance, as charged in Count III of the indictment.

Dated: _____.

_____
**FOREMAN**

DISTRICT COURT OF GUAM

---

UNITED STATES OF AMERICA,   (    CR 04-00008
                               )
            Plaintiff,         (    <u>V E R D I C T</u>
                               )
      vs.                     (    (COUNT IV)
                               )
KUANG-HUA CHEN,          (
                               )
            Defendant.         (

---

We, the jury in the above entitled case, unanimously find the defendant, KUANG-HUA CHEN,

       / / NOT GUILTY

       / / GUILTY

of the offense of distribution of over 2,800 grams, net weight, of N, N-dimethylamphetamine hydrochloride, a scheduled I controlled substance, as charged in Count IV of the indictment.

       Dated: _____.

_____
**FOREMAN**

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant herein, and that on January 11, 2006, I served the document to which this declaration is annexed on Marivic P. David, Esq., Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 11, 2006, at Hagåtña, Guam.

_____
REINA Y. URBIEN