ORIGINAL

| | |
|---|---|
| 1  LEONARDO M. RAPADAS<br>   United States Attorney<br>2  MARIVIC P. DAVID<br>   Assistant U.S. Attorney<br>3  Suite 500, Sirena Plaza<br>   108 Hernan Cortez Avenue<br>4  Agana, Guam 96910<br>   Telephone: (671) 472-7332/7283<br>5  Telecopier: (671) 472-7334 | **FILED**<br>DISTRICT COURT OF GUAM<br><br>JAN 12 2006<br><br>MARY L.M. MORAN<br>CLERK OF COURT |

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>KUANG-HUA CHEN,<br><br>            Defendant. | CRIMINAL CASE NO. 04-00008<br><br>**NOTICE OF MOTION FOR**<br>**DISQUALIFICATION OF**<br>**DEFENSE COUNSEL** |

PLEASE TAKE NOTICE that the United States' Motion for Disqualification of Defense counsel, in the above captioned and styled matter, will be heard on __JAN 17 2006__, 2006 at the hour of __9:00__ __A__.m., in the Courtroom of the Honorable __Donald W. Molloy__, __Designated__ Judge, District Court of Guam, in the United States Courthouse, 4th Floor, 520 West Soledad Ave., Hagatna, Guam.

Dated this __12th__ day of January, 2007.

                                          LEONARDO M. RAPADAS<br>
                                          United States Attorney<br>
                                          Districts of Guam and NMI

By: _____<br>
       MARIVIC P. DAVID<br>
       Assistant U.S. Attorney