IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
JAN 17 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-04-00008                    DATE: 01/17/2006

HON. DONALD W. MOLLOY, Designated Judge, Presiding     Law Clerk: Jeff Roth
Court Reporter: Wanda Miles                             Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:29:18 - 10:09:14     CSO: F. Tenorio

*********************APPEARANCES*****************************

DEFT: **KUANG-HUA CHEN**                ATTY: **HOWARD TRAPP**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.   (X) PRESENT (X) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID            AGENT:

U.S. PROBATION:                         U.S. MARSHAL: G. PEREZ / W. GRAY

INTERPRETER: FOO MEE CHUN CLINARD  (X) SWORN    LANGUAGE: CHINESE MANDARIN

PROCEEDINGS:  MOTION FOR DISQUALIFICATION OF DEFENSE COUNSEL

(X) MOTION ARGUED BY   (X) GOVERNMENT   (X) DEFENDANT
(X) MOTION ___ Granted ___ Denied ___ Withdrawn  X  Under Advisement
( ) ORDER SUBMITTED ___ Approved ___ Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO:

(X) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE

NOTES:

The parties stipulated to the qualification of the interpreter. The Court found that the interpreter is qualified to interpret from the English language to the Chinese language.

Parties and the Court discussed the issue regarding speedy trial.

The Court instructed Government counsel to file a brief as to whether a waiver regarding attorney-client relationship is necessary and further instructed defense counsel to file a brief and any waivers, explanations or affidavits. The Court ordered that the briefs be submitted tomorrow morning.