(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant



DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA, ( Criminal Case No. 04-00008
)
       Plaintiff, ( STIPULATION
)
  vs. (
)
KUANG-HUA CHEN, (
)
       Defendant. (

It is stipulated that the disposition of the pending motion to disqualify counsel be deferred for at least 10 days to afford the attorney for defendant an opportunity and reasonable time to address the matters set forth in the accompanying declaration.

Dated at Hagåtña, Guam, this 19th day of January, 2006.

_____
MARIVIC P. DAVID
Assistant U.S. Attorney
Attorney for plaintiff

_____
HOWARD TRAPP
for HOWARD TRAPP INCORPORATED
Attorney for defendant

(DOCUMENT\Stipulation.KChen)

ORIGINAL