# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Kuang-Hua Chen, <br><br> Defendant. | Case No. 1:04-cr-00008 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order granting the Motion to Disqualify Counsel and terminating the Stipulation to Defer Disposition of Motion to Disqualify and the Notice of Entry of Order filed January 19, 2006*, on the dates indicated below:

*U.S. Attorney's Office*  *Howard Trapp*
*January 20, 2006*  *January 19, 2006 – Order*
   *January 24, 2006 – Notice of Entry*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order granting the Motion to Disqualify Counsel and terminating the Stipulation to Defer Disposition of Motion to Disqualify and the Notice of Entry of Order filed January 19, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 24, 2006        /s/ Leilani R. Toves Hernandez
                  Deputy Clerk