VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101, Dela Corte Building
167 E. Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886

Attorney for Defendant: KUANG HUA CHEN

**FILED**
DISTRICT COURT OF GUAM
FEB - 9 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES OF AMERICA
## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. CR-04-00008 |
| Plaintiff, ) | |
| vs. ) | **ENTRY OF APPEARANCE OF COUNSEL** |
| KUANG HUA CHEN, ) | |
| Defendant. ) | |

COMES NOW attorneys VAN DE VELD SHIMIZU CANTO & FISHER, by counsel, Curtis C. Van de veld, Esq., to enter an appearance in this matter for Defendant KUANG HUA CHEN.

Dated: this Thursday, February 09, 2006.

VAN DE VELD SHIMIZU CANTO & FISHER

By: _____
Mr. Curtis C. Van de veld, Esq.
Attorney for Defendant
KUANG HUA CHEN

CCV:jwc
VSCF/D.CALVO/CR000597

ORIGINAL