
FILED
DISTRICT COURT OF GUAM
FEB 1 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KUANG-HUA CHEN,<br><br>    Defendant. | CRIMINAL CASE NO. 04-00008<br><br>**ORDER** |

The trial in this case was previously set to commence on January 17, 2006, however, said date was later vacated upon the Government's filing of a motion to disqualify defense counsel. (Docket No. 25.) On January 19, 2006, the Court granted the Government's motion and ordered the Defendant to retain new counsel within 15 days of the date of the Order. (Docket No.33.) On February 9, 2006, Attorney Curtis Van de veld entered his appearance in this matter for the Defendant. (Docket No. 36.) Accordingly, the Court hereby directs the parties to appear for a Trial Setting on Thursday, February 16, 2006 at 10:00 a.m. for the purpose of re-setting this matter for trial.

SO ORDERED this 14th day of February 2006.

                                        JOAQUIN V.E. MANIBUSAN, JR.
                                        United States Magistrate Judge

**ORIGINAL**