# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

|  |  |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>    vs.<br><br>Kuang-Hua Chen,<br><br>           Defendant. | Case No. 1:04-cr-00008<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order filed February 14, 2006,*** on the dates indicated below:

*U.S. Attorney's Office*  *Curtis C. Van de Veld*
*February 14, 2006*  *February 14, 2006*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Order filed February 14, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 14, 2006  /s/ Virginia T.  Kilgore
                                                                                              Deputy Clerk