IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
FEB 16 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-04-00008         DATE: 01/16/2006

***

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding        Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Electronically Recorded: 10:35:40 - 10:42:06         CSO: L. Ogo

*********************APPEARANCES*************************

DEFT: __KUANG-HUA CHEN__         ATTY: __CURTIS VAN DE VELD__
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.         ( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID         AGENT:

U.S. PROBATION:         U.S. MARSHAL: D. PUNZALAN

INTERPRETER: FOO MEE CHUN CLINARD, PREVIOUSLY SWORN         LANGUAGE: __CHINESE MANDARIN__

***

PROCEEDINGS:    TRIAL SETTING

( ) MOTION  ARGUED BY    ( ) GOVERNMENT      ( ) DEFENDANT
( ) MOTION ____ Granted ____Denied ____Withdrawn ____Under Advisement
( ) ORDER SUBMITTED      ____Approved      ____Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO:

( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE

NOTES:

Mr. Van de Veld requested the Court for an ends of justice continuance and for the Court to set trial for sometime in late April. Government had no objection. The Court found that the ends of justice will be served by granting a continuance in this matter and that the continuance outweighs the best interest of the public and the defendant in a speedy trial. Trial is set for May 8, 2006 at 1:30 p.m.