IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**AMENDED CRIMINAL MINUTES



DISTRICT COURT OF GUAM
FEB 20 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-04-00008     DATE: **02/16/2006

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Electronically Recorded: 10:35:40 - 10:42:06     CSO: L. Ogo

* * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: KUANG-HUA CHEN**     **ATTY: CURTIS VAN DE VELD**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID     AGENT:

U.S. PROBATION:     U.S. MARSHAL: D. PUNZALAN

INTERPRETER: FOO MEE CHUN CLINARD, PREVIOUSLY SWORN     LANGUAGE: CHINESE MANDARIN

PROCEEDINGS: TRIAL SETTING

( ) MOTION ARGUED BY ( ) GOVERNMENT ( ) DEFENDANT
( ) MOTION ___ Granted ___ Denied ___ Withdrawn ___ Under Advisement
( ) ORDER SUBMITTED ___ Approved ___ Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO:

( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE

NOTES:

Mr. Van de Veld requested the Court for an ends of justice continuance and for the Court to set trial for sometime in late April. Government had no objection. The Court found that the ends of justice will be served by granting a continuance in this matter and that the continuance outweighs the best interest of the public and the defendant in a speedy trial. Trial is set for May 8, 2006 at 1:30 p.m.

**Amended to reflect correct hearing date.