LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hågatña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
MAY -3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00008 |
| Plaintiff, | UNITED STATES' MOTION TO CONTINUE TRIAL AND SETTING NEW TRIAL DATE |
| vs. | |
| KUANG-HUA CHEN, | |
| Defendant. | |

The United States of America, hereby moves the Honorable Court to continue the jury trial currently scheduled for May 8, 2006, to at least 30 days thereafter, to be set by the Court, for the following reasons:

1. Counsel for both parties have advised the Court through its law clerk via telephone communication that defense counsel is requesting a continuance of the trial sometime during June 2006 which the government does not oppose. Defense counsel has advised that he has trial in the matter of <u>United States v. Brian William Elm</u>, CR# 05-00053, also set for May 8, 2006. In the instant case defense counsel has advised that he expects to file certain in limine motion(s) concerning certain tape recordings, and other evidentiary issues prior to trial. The government would request some time to respond to such motion(s).

2. To date the government has subpoenaed at least eight (8) off-island witnesses for the May 8 trial, including law enforcement agents from all parts of the mainland, who are awaiting

confirmation whether or not to begin their travel to Guam.

3. Government counsel also expects to call a necessary witness from China who, to date, is awaiting issuance of a visa from the U.S. Department of State. The government expects such visa to be approved sometime after the week of May 8, 2006, and anticipates before the end of the month of May.

4. Government counsel calculates that the speedy trial clock has tolled on about Day 54 of the clock, and the time period beginning and including May 8, 2006 to and including the new trial date should be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(F); (h)(3)(A); and (h)(8)(A) and (B)(iv).

5. Defense counsel has been advised of this motion and has no objection to it.

RESPECTFULLY submitted this 3rd day of May 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

- 2 -

Case 1:04-cr-00008   Document 43   Filed 05/03/2006   Page 2 of 2