FILED
DISTRICT COURT OF GUAM
MAY - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KUANG-HUA CHEN, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 04-000008 <br><br><br><br><br> **ORDER** |

Upon motion by the Government and without objection from the Defendant, the trial herein, presently set for May 8, 2006, is hereby moved to Monday, May 22, 2006 at 1:30 p.m. before Judge Morrison C. England.[1] All motions in limine shall be filed no later than Thursday, May 11, 2006, with responses thereto filed no later than Monday, May 15, 2006. The parties shall file or lodge their respective witness lists, exhibit lists, proposed jury instructions, proposed voir dire questions, proposed verdict forms, and exhibit binders no later than Monday, May 15, 2006. The pretrial conference is hereby moved from May 8, 2006, to Monday, May 22, 2006 at 9:15 a.m., at which time the Court will address any outstanding motions.

///

///

---

[1] The Honorable Morrison C. England, United States District Judge for the Eastern District of California, sitting by designation.

**ORIGINAL**

Furthermore, the period of delay between May 8, 2006, through May 22, 2006, inclusive, is hereby excluded for purposes of the Speedy Trial Act. The Court finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" based on the fact that failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED this 4th day of May 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge