VAN DE VELD SHIMIZU CANTO ∙ FISHER
De La Corte Building, Suite 101
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: 671.472.1131
Fax: 671.472.2886

Attorneys for Defendant: KUANG HUA CHEN




FILED
DISTRICT COURT OF GUAM
MAY 18 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. CR-04-00008 |
| Plaintiff, | ) | |
| vs. | ) | |
| KUANG HUA CHEN, | ) | **ORDER Re: MOTION TO CONTINUE TRIAL** |
| Defendant. | ) | |

THIS MATTER comes before the court upon motion by counsel for Defendant KUANG HUA CHEN, VAN DE VELD SHIMIZU CANTO ∙ FISHER, by Curtis C. Van de veld, Esq., pursuant to 18 U.S.C. §3161 seeking to continue trial of the above captioned matter for a period of three weeks upon the grounds that the interests of justice require such a continuance for the reasons more fully set forth within the motion in the Declaration of Counsel. The court is informed that said Counsel has further discussed this matter with Assistant United States Attorney Marivic P. David who has informed counsel that she does not oppose the motion. Further the court is informed that the Defendant does not oppose the relief sought by the motion.

The court finds that the motion sets forth good cause for continuing the trial of this matter pursuant to Title 18 U.S.C. §3161(h)(8)(A), and that the ends of justice would be served by such a continuance and makes the following order;

IT IS HEREBY ORDERED that the trial of this matter shall be continued to allow Defendant's counsel time to prepare for trial of this matter following his present trial and the trial of this matter shall commence on June 12, 2006 at the hour of 1:30 p.m. A final pretrial conference is set for June 12, 2006 at 9:30 a.m. before the Honorable John A. Houston.

SO ORDERED: this May 17, 2006.

By: _____
HONORABLE JOHN C. COUGHENOUR
Designated District Court Judge

CCV:jwc
VSCF/K.H. CHEN/CR00