

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KUANG HUA CHEN,<br><br>Defendant. | Criminal Case No. 04-00008<br><br>ORDER |

The trial in this case is presently scheduled for Monday, June 12, 2006. Due to the scheduling needs of the Court IT IS HEREBY ORDERED that the trial be rescheduled to Tuesday, June 6, 2006, at 1:30 P.M. before the Honorable John A. Houston.* The final pretrial conference is scheduled for Tuesday, June 6, 2006, at 9:30 A.M. All trial documents are to be filed and/or submitted by May 31, 2006.

SO ORDERED this 25th day of May, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

---

*The Honorable John A. Houston, United States Senior District Judge for Southern District of California, by designation.

ORIGINAL