# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Kuang-Hua Chen,<br><br>    Defendant. | Case No. 1:04-cr-00008<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order Setting Hearing filed May 25, 2006***, on the dates indicated below:

*U.S. Attorney's Office*       *Curtis Van de Veld*
*May 25, 2006*           *May 25, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Setting Hearing filed May 25, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 25, 2006             /s/ Marilyn B. Alcon
                        Deputy Clerk