ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY 31 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> KUANG-HUA CHEN, ) <br> ) <br> Defendants. ) <br> ) | CRIMINAL CASE NO. 04-00008 <br><br> **UNITED STATES' EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this 31st day of May 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1a-d. | Copy of Republic of China passport of Hung-Chang Yeh with U.S. visa, and I-94 arrival and departure record | | |
| 2. | Copy of airline ticket of Hungchang Yeh | | |
| 3. | Photo of Crazy Shirts shopping bag | | |
| 4. | Crazy Shirts shopping bag | | |
| 5a. | Chinese tea box with blue/white foil bag | | |
| 5b. | Photo of one Chinese tea box w/ red cover on top of Crazy Shirts shopping bag | | |
| 5c. | Photo of contents of Chinese tea box | | |
| 5d. | Photo of one plastic bag of crystalline substance | | |
| 6. | Evidence bag of 729.2 grams of N, N-dimethylamphetamine HCl | | |
| 7. | DEA lab report - 729.2 grams of N, N-dimethylamphetamine HCl | | |
| 8. | SONY digital recording of first August 27, 2003 meeting | | |
| 9. | Compact disc recording of first August 27, 2003 meeting | | |
| 10. | Transcript of first August 27, 2003 meeting | | |
| 11a. | SONY digital recording of second August 27, 2003 meeting | | |
| 11b. | Compact disc recording of Exhibit 11a | | |
| 12a. | Tape recording of second August 27, 2003 meeting | | |
| 12b. | Compact disc recording of Exhibit 12a | | |
| 13a. | Transcript of second August 27, 2003 meeting | | |
| 13b. | Videotape of second August 27, 2003 meeting | | |
| 14. | Three Chinese tea boxes with blue/white foil bags | | |
| 15. | Photo of one Chinese tea box and red cover with blue/white foil bag and plastic bag of crystalline substance | | |
| 16a-b. | Photos of two Chinese tea boxes with green covers and contents | | |

i

Case 1:04-cr-00008    Document 51    Filed 05/31/2006    Page 2 of 5

| | | | | |
|---|---|---|---|---|
| 17. | Photo of evidence bag containing three plastic bags of 2,078 grams of N, N-dimethylamphetamine Hcl | | _____ | _____ |
| 18a-b. | Evidence bag of 2,078 grams of N, N-dimethylamphetamine Hcl | | _____ | _____ |
| 19. | DEA lab report - 2,078 grams of N, N-dimethylamphetamine Hcl | | _____ | _____ |
| 20. | Holiday Inn invoice | | _____ | _____ |
| 21. | Copy of $5,000 | | _____ | _____ |
| 22. | Plea agreement of Hung Chang Yeh | | _____ | _____ |
| 23. | Videotaped deposition of Hung Chang Yeh | | _____ | _____ |
| 24. | Transcript of videotaped deposition of Hung Chang Yeh | | _____ | _____ |
| 25. | Holiday Inn note | | _____ | _____ |
| 26a. | Videotape of meeting with Chen | | _____ | _____ |
| 26b. | DVD of meeting with Chen | | _____ | _____ |
| 27. | Passport of Chen | | _____ | _____ |
| 28. | Hong Kong multiple entry permit of Chen | | _____ | _____ |
| 29. | Chinese passport (green) of Chen | | _____ | _____ |
| 30a. | China Airlines passenger receipt of Chen | | _____ | _____ |
| 30b. | EVA Air flight coupon of Chen | | _____ | _____ |
| 31a-c. | Copies of passport size photos and business card | | _____ | _____ |
| 32. | Cassette tape recording b/w CS and Chen (HK N-5/ G N-12) (July 7, 2003; Macau) | | _____ | _____ |
| 33. | Compact disc recording b/w CS and Chen (July 7, 2003; Macau) | | _____ | _____ |
| 34. | Transcript of July 7, 2003 Macau recording | | _____ | _____ |
| 35. | Mini disk digital recording b/w CS and Chen (HK N-2 / G N-9) (July 9, 2003; Macau) | | _____ | _____ |
| 36. | Compact disc recording b/w CS and Chen (July 9, 2003; Macau) | | _____ | _____ |
| 37. | Transcript of July 9, 2003 Macau recording | | _____ | _____ |
| 38. | Mini disk digital recording b/w CS and Chen (HK N-3 / G N-10) (July 10, 2003; Macau) | | _____ | _____ |

ii

| | | |
|---|---|---|
| 39. | Compact disc recording b/w CS and Chen (July 10, 2003; Macau) | _____ _____ |
| 40. | Transcript of July 10, 2003 Macau recording | _____ _____ |
| 41. | Mini disk digital recording b/w CS and Chen (HK N-4 / G N-11) (July 15, 2003; Hong Kong) | _____ _____ |
| 42. | Compact disc recording b/w CS and Chen (July 15, 2003; Hong Kong) | _____ _____ |
| 43. | Transcript of July 15, 2003 Hong Kong recording | _____ _____ |
| 44. | Mini disk digital recording b/w CS and Chen (HK N-6 / G N-13) (August 2, 2003; Macau) | _____ _____ |
| 45. | Compact disc recording b/w CS and Chen (August 2, 2003; Macau) | _____ _____ |
| 46. | Transcript of August 2, 2003 Macau recording | _____ _____ |
| 47. | Mini disk digital recording b/w CS and Chen (HK N-7 / G N-14) (August 12, 2003; Macau) | _____ _____ |
| 48. | Compact disc recording b/w CS and Chen (August 12, 2003; Macau) | _____ _____ |
| 49. | Transcript of August 12, 2003 Macau recording | _____ _____ |
| 50. | Mini disk digital recording b/w CS and Chen (HK N-8 / G N-15) (August 14, 2003; Macau) | _____ _____ |
| 51. | Compact disc recording b/w CS and Chen (August 14, 2003; Macau) | _____ _____ |
| 52. | Transcript of August 14, 2003 Macau recording | _____ _____ |
| 53. | Mini disk digital recording b/w CS and Chen (HK N-9 / G N-16) (August 22, 2003; Macau) | _____ _____ |
| 54. | Compact disc recording b/w CS and Chen (August 22, 2003; Macau) | _____ _____ |
| 55. | Transcript of August 22, 2003 Macau recording | _____ _____ |
| 56. | Mini disk digital recording b/w CS and Chen (HK N-10 / G N-17) (August 22, 2003; Macau) | _____ _____ |
| 57. | Compact disc recording b/w CS and Chen (August 22, 2003; Macau) | _____ _____ |
| 58. | Transcript of August 22, 2003 Macau recording | _____ _____ |
| 59. | Mini disk digital recording b/w CS and Chen (HK N-12 / G N-19) (August 25, 2003; Hong Kong) | _____ _____ |

60. Compact disc recording b/w CS and Chen (August 25, 2003; Hong Kong) _____ _____

61. Transcript of August 25, 2003 Hong Kong recording _____ _____

62. Mini disk digital recording b/w CS and Chen (HK N-13 / G N-20) (August 27, 2003; Macau) _____ _____

63. Compact disc recording b/w CS and Chen (August 27, 2003; Macau) _____ _____

64. Transcript of August 27, 2003 Macau recording _____ _____

65. Mini disk recording b/w CS and Chen (HK N-14 / G N-21) (October 9, 2003; Hong Kong) _____ _____

66. Compact disc recording b/w CS and Chen (October 9, 2003; Hong Kong) _____ _____

67. Transcript of October 9, 2003 Hong Kong recording _____ _____