LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.04-00008 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES'** |
| | ) | **[PROPOSED]** |
| | ) | **VERDICT FORM** |
| KUANG-HUA CHEN, | ) | |
| Defendant. | ) | |

Pursuant to the Order of this Court, the United States hereby submits the following verdict form for purposes of this trial.

Respectfully submitted this 31st day of May 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 31 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.04-00008 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | VERDICT FORM |
| KUANG-HUA CHEN, | ) | |
| Defendant. | ) | |

## COUNT I - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, KUANG-HUA CHEN: Violation of Title 21, United States Code, Sections 952(a), 960, and 963:

/       /     NOT GUILTY

/       /     GUILTY

as charged in Count I of the Superseding Indictment.

1. If you find the defendant KUANG-HUA CHEN guilty as charged in Count I of the Superseding Indictment, do you unanimously find beyond a reasonable doubt that the controlled substance that defendant KUANG-HUA CHEN conspired to import was methamphetamine hydrochloride?

_____      Yes

_____      No

2. If you find beyond a reasonable doubt that the controlled substance KUANG-HUA CHEN conspired to import was methamphetamine hydrochloride, do you unanimously find beyond a reasonable doubt that the total amount of methamphetamine hydrochloride defendant KUANG-HUA CHEN either directly imported or agreed, understood, or reasonably could have foreseen would be imported by other co-conspirators in furtherance of the conspiratorial agreement was:

_____ at least 1.5 kilograms or more of methamphetamine hydrochloride;

OR

_____ at least 50 grams or more of methamphetamine hydrochloride;

OR

_____ at least 5 grams but less than 50 grams of methamphetamine hydrochloride;

OR

_____ a detectable amount but less than 5 grams of methamphetamine hydrochloride;

## COUNT II - IMPORTATION OF N, N-DIMETHYLAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, KUANG-HUA CHEN: Violation of Title 21, United States Code, Sections 952(a) and 960; and Title 18, United States Code, Section 2:

/ / NOT GUILTY

/ / GUILTY

as charged in Count II of the Superseding Indictment.

-2-

1. If you find the defendant KUANG-HUA CHEN guilty as charged in Count II of the Superseding Indictment, do you unanimously find beyond a reasonable doubt that the controlled substance that defendant KUANG-HUA CHEN either directly imported or aided, abetted or caused another to import was N, N-dimethylamphetamine hydrochloride?

_____   Yes

_____   No

2. If you find beyond a reasonable doubt that the controlled substance KUANG-HUA CHEN either directly imported or aided, abetted or caused another to import was N, N-dimethylamphetamine hydrochloride, do you unanimously find beyond a reasonable doubt that the total amount of N, N-dimethylamphetamine hydrochloride defendant KUANG-HUA CHEN either directly imported or aided, abetted or caused another to import was:

_____   at least 1.5 kilograms or more of N, N-dimethylamphetamine hydrochloride;

OR

_____   at least 50 grams or more of N, N-dimethylamphetamine hydrochloride;

OR

_____   at least 5 grams but less than 50 grams of N, N-dimethylamphetamine hydrochloride;

OR

_____   a detectable amount but less than 5 grams of N, N-dimethylamphetamine hydrochloride;

//

//

-3-

## COUNT III - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, KUANG-HUA CHEN: Violation of Title 21, United States Code, Sections 841(a)(1), 841(b) and 846:

    /    /    NOT GUILTY

    /    /    GUILTY

as charged in Count III of the Superseding Indictment.

1. If you find the defendant KUANG-HUA CHEN guilty as charged in Count III of the Superseding Indictment, do you unanimously find beyond a reasonable doubt that the controlled substance that defendant KUANG-HUA CHEN conspired to distribute was methamphetamine hydrochloride?

    _____    Yes

    _____    No

2. If you find beyond a reasonable doubt that the controlled substance KUANG-HUA CHEN conspired to distribute was methamphetamine hydrochloride, do you unanimously find beyond a reasonable doubt that the total amount of methamphetamine hydrochloride defendant KUANG-HUA CHEN either directly distributed or agreed, understood, or reasonably could have foreseen would be distributed by other co-conspirators in furtherance of the conspiratorial agreement was:

    _____    at least 1.5 kilograms or more of methamphetamine hydrochloride;

    OR

    _____    at least 50 grams or more of methamphetamine hydrochloride;

    OR

      _____      at least 5 grams but less than 50 grams of methamphetamine hydrochloride;

      OR

      _____      a detectable amount but less than 5 grams of methamphetamine hydrochloride;

### COUNT IV - POSSESSION WITH INTENT TO DISTRIBUTE N, N-DIMETHYLAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, KUANG-HUA CHEN: Violation of Title 21, United States Code, Sections 841(a)(1), 841(b); and Title 18, United States Code, Section 2:

      / /    NOT GUILTY

      / /    GUILTY

as charged in Count IV of the Superseding Indictment.

1. If you find the defendant KUANG-HUA CHEN guilty as charged in Count IV of the Superseding Indictment, do you unanimously find beyond a reasonable doubt that the controlled substance that defendant KUANG-HUA CHEN either directly possessed with intent to distribute or aided, abetted or caused another to possess with intent to distribute was N, N-dimethylamphetamine hydrochloride?

      _____      Yes

      _____      No

2. If you find beyond a reasonable doubt that the controlled substance KUANG-HUA CHEN either directly possessed with intent to distribute or aided, abetted or caused another to possess with intent to distribute was N, N-dimethylamphetamine hydrochloride, do you unanimously find beyond a reasonable doubt that the total amount of N, N-dimethylamphetamine

Case 1:04-cr-00008   Document 52   Filed 05/31/2006   Page 6 of 7

hydrochloride defendant KUANG-HUA CHEN either directly possessed with intent to distribute or aided, abetted or caused another to possess with intent to distribute was:

    _____ at least 1.5 kilograms or more of N, N-dimethylamphetamine hydrochloride;

    OR

    _____ at least 50 grams or more of N, N-dimethylamphetamine hydrochloride;

    OR

    _____ at least 5 grams but less than 50 grams of N, N-dimethylamphetamine hydrochloride;

    OR

    _____ a detectable amount but less than 5 grams of N, N-dimethylamphetamine hydrochloride;

DATED this \_\_\_\_ day of _____, 2006, at Hagatna, Guam.


    _____
    FOREPERSON