```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  MARIVIC P. DAVID
    Assistant U.S. Attorneys
 3  Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
 4  Agana, Guam 96910
    Telephone: (671) 472-7332/7283
 5  Telecopier: (671) 472-7334

 6  Attorneys for United States of America
```

FILED
DISTRICT COURT OF GUAM
MAY 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KUANG-HUA CHEN, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 04-00008 <br><br> **UNITED STATES' MOTION TO RELEASE GRAND JURY TRANSCRIPTS** |

COMES NOW the United States and moves this Honorable Court for an order allowing the release to defense counsel, Curtis C. Van de veld, of the testimony of the witnesses who appeared before the Grand Jury in this matter and who will testify at trial. Presently, these transcripts are sealed pursuant to Federal Rules of Criminal Procedure 6(e); counsel is entitled to receive them after the witnesses' testimony pursuant to 18 U.S.C. § 3500.

//
//
//
//
//
//
//

This motion is made for the reason that release of this document prior to the testimony of the witnesses will expedite the timely conduct of the trial itself.

Respectfully submitted this 31st day of May, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney

-2-