LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KUANG-HUA CHEN, ) <br> ) Defendants. ) | CRIMINAL CASE NO. 04-00008 <br><br> **GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above-captioned matter, beginning June 6, 2006.

RESPECTFULLY SUBMITTED this 31st day of May, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney