

VAN DE VELD SHIMIZU CANTO & FISHER
De La Corte Building, Suite 101
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: 671.472.1131
Fax: 671.472.2
Attorneys for Defendant: KUANG HUA CHEN

FILED
DISTRICT COURT OF GUAM
JUN - 1 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. CR-04-00008 |
| Plaintiff, ) | |
| vs. ) | **DEFENDANT'S PROPOSED JURY VOIR DIRE** |
| KUANG HUA CHEN, ) | |
| Defendant. ) | |

COMES NOW Defendant KUANG HUA CHEN through his counsel Curtis C. Van de veld, Esq., to submit Defendant's proposed jury voir dire for supplementing the court's standard voir dire.

1. This case involves a defendant who is not a citizen of the United States but rather is a citizen of China. He is entitled to no less consideration than you would demand if some one close to you were on trial. If you believe that under these circumstances, you may not be able to assure the court and the parties that you could be fair and impartial if selected as a juror, please stand.

2. This case involves recordings and testimony in various dialects of the Chinese language. If any of you speak or understand a dialect of the Chinese language please stand.

UNITED STATES OF AMERICA, Plaintiff v. KUANG HUA CHEN, Defendant
DEFENDANT'S PROPOSED JURY INSTRUCTIONS
Criminal Case No. CR-04-00008                                                                                           Page 1

Case 1:04-cr-00008    Document 57    Filed 06/01/2006    Page 1 of 3

2.1. For those of you standing, please identify which dialect or dialects of the Chinese language you speak and the extent of your knowledge of the dialect or dialects.

2.2 You will be instructed that you may only consider the official interpretation of testimony and official translation of documents, even though you may disagree with the accuracy of the interpretation or translation. Please stand if you believe that you may not be able follow this instruction.

3. If you did not graduate from high school or obtain an equivalency certificate or otherwise believe that your ability to understand the evidence in this case may not rise to a level that you feel you could competently follow the evidence, please stand.

4. If you are selected as a juror, at the end of the case, I will instruct you upon the law that you must apply to the evidence in the case. You may disagree with the instructions that I give you or you may not like the law as I tell you, but you must follow the law as I instruct. If you believe that you will not be able to perform the duty of a juror because you have such strong and fixed opinions about the kinds of matters involved in this case, please stand.

5. Much of the evidence in this case will come from the testimony of law enforcement officers. If you believe that you will treat the testimony of law enforcement officers with greater credibility than that of any other witness, even though I instruct you not to do so, please stand.

6. If you believe that if a person is arrested they must be guilty, and even though I tell you that the defendant is presumed innocent and remains innocent until the government has proven otherwise beyond a reasonable doubt, that being a doubt based on reason arising

from the evidence or lack of evidence, you believe that you cannot accept the presumption of innocence and will continue to presume the Defendant is guilty, please stand.

7. If you were called upon to determine the guilt or innocence of the Defendant at this time, if you would vote guilty, please stand.

DATED: this Wednesday, May 31, 2006.

**VAN DE VELD SHIMIZU CANTO & FISHER**

By: _____
Mr. Curtis C. Van de veld, Esq.
Attorney for Defendant
KUANG HUA CHEN

CCV:ccv
VSCF/K.H. CHEN