LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN -1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>KUANG-HUA CHEN,<br><br>    Defendants. | CRIMINAL CASE NO. 04-00008<br><br>**ORDER**<br>re: Government's Request<br>for Use of Court's Equipment |

The Government's request for use of the Court's Digital Evidence Presentation System, at the trial in the above-captioned matter, is hereby granted.

SO ORDERED this 1st day of June 2006.

          /s/ JOAQUIN V.E. MANIBUSAN, JR.
          U.S. Magistrate Judge

**ORIGINAL**