ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN - 5 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KUANG-HUA CHEN, <br><br> Defendants. | CRIMINAL CASE NO. 04-00008 <br><br> **UNITED STATES' FIRST AMENDED EXHIBITS** |

COMES NOW the United States and hereby files with the Court the following amended exhibits for substitution and to be introduced in its case-in-chief: amended Exhibits 37, 40, 46, 49, 55, 58, 64, and 67.

Respectfully submitted this 5th day of June 2006.

                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    Districts of Guam and NMI

                            By:     _____
                                    MARIVIC P. DAVID
                                    Assistant U.S. Attorney