DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL


FILED
DISTRICT COURT OF GUAM
JUN -5 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. 04-00008**       **DATE: June 5, 2006**

***

HON. JOHN A. HOUSTON, Designated Judge, Presiding
Court Reporter: Wanda Miles
Hearing Electronically Recorded - RUN TIME: 1:13:58 - 2:55:27

Law Clerk: None present
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Pereda

* * * * * * * * * * * * * * * * * * * * * * * **APPEARANCES** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: KUANG HUA CHEN**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY : CURTIS VAN DE VELD**
( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVID DAVID

AGENT: DON BOMEN, D.E.A.

U.S. PROBATION: NONE PRESENT

U.S. MARSHAL: V. ROMAN / C. MARQUEZ

INTERPRETER: CHUNG HARRELL

LANGUAGE: MANDARIN

***

**PROCEEDINGS:   PRETRIAL CONFERENCE**

( ) MOTION(s) ARGUED BY    ( ) GOVERNMENT    ( ) DEFENDANT(s)
( ) MOTION(s)  ___Granted  ___Denied  ___Withdrawn  ___Under Advisement
( ) ORDER SUBMITTED  ___Approved  ___Disapproved
( ) ORDER to prepared By:_____
( X ) PROCEEDINGS CONTINUED TO:  June 6, 2006 at 3:00 p.m.

**NOTES:**
Defense informed the Court that he has closing arguments in the Superior Court tomorrow afternoon and moved for a continuance of the trial. Government had no objections. The Court Granted the motion and continued the trial to Wednesday, June 7, 2006 at 10:00 a.m.

Defense argued his objections regarding transcript translations, objections in the deposition of Hung Chang Yeh, and Rule 404b evidence issues. Rebuttal argument by the government.

The Court ruled on the objections raised regarding the deposition of Hung Chang Yeh and the Rule 404b objections. No further written order will be forthcoming.

Counsel were ordered to meet and confer tomorrow morning regarding the transcripts. The Court continued the hearing to Tuesday, June 6, 2006 at 3:00 p.m..

( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHALS SERVICE

Courtroom Deputy: _____