DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL


**FILED**
DISTRICT COURT OF GUAM
JUN -6 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. 04-00008**          **DATE: June 6, 2006**

HON. JOHN A. HOUSTON, Designated Judge, Presiding    Law Clerk: None present
Court Reporter: Wanda Miles                           Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 3:06:18 - 4:01:06    CSO: B. Pereda

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* **A P P E A R A N C E S** \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFT: KUANG HUA CHEN**                              **ATTY : CURTIS VAN DE VELD**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.     ( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                          AGENT: KEN BOMEN, D.E.A.

U.S. PROBATION: NONE PRESENT                          U.S. MARSHAL: V. ROMAN / W. GRAY / C. MARQUEZ

INTERPRETER: JULIA BERG                               LANGUAGE: MANDARIN

**PROCEEDINGS:    CONTINUED PRETRIAL CONFERENCE**

( ) MOTION(s) ARGUED BY    ( ) GOVERNMENT    ( ) DEFENDANT(s)
( ) MOTION(s) __Granted ____Denied __Withdrawn ____ Under Advisement
( ) ORDER SUBMITTED    ____Approved    ____Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court ruled that transcripts will be presented to the jury and if parties do not agree on the translation of the transcript, each side will present their translated version and the interpreter who translated it will explain their translation. The Court also ruled that any 404b issues will be addressed during the course of the trial.

Defense requested for jury selection to commence tomorrow afternoon. The Court Denied the request and stated its reasons.

Mr. Van de Veld requested to be allowed to bring his cellular phone/pda into the courtroom during trial - Granted. Government's Request for Use of Courtroom Equipment was Granted.

The Court and parties discussed the procedures to be followed during trial. The witness exclusion rule will be applicable during the entire trial. Trial is expected to last four to six days. There will be two alternate jurors.

Trial will begin tomorrow at 10:00 a.m. and end at 4:45 p.m.; on June 8, 2006, trial will be from 10:00 a.m. to 6:00 p.m.. On June 9 and 12 thru 14, trial will be from 8:00 a.m. to 6:00 p.m.. There will be one break in the morning and afternoon and lunch breaks will be one hour and 15 minutes.

( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHALS SERVICE