ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN -7 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00008 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' AMENDED WITNESS LIST** |
| KUANG-HUA CHEN, ) | |
| Defendant. ) | |

Pursuant to the order of this Court, the United States hereby submits the attached amended witness list for purposes of voir dire.

Respectfully submitted this 7th day of June 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

## WITNESS LIST

Danny Cho
Drug Enforcement Administration
472-7281

Jonathan Y. Anderson
Drug Enforcement Administration
(213) 621-7069

Jeffrey A. Silk
Drug Enforcement Administration
(212) 337-1750

Teddy So Chung-wa
Drug Enforcement Administration
85-2-2521-4536

Thomas Ma
Drug Enforcement Administration
(202) 307-5672

Alfred Michaelangelo
Drug Enforcement Administration
(212) 337-1753

Duncan B. Lingle
Drug Enforcement Administration
(414) 297-3395

Benjamin Yu
Drug Enforcement Administration
((212) 337-4476

Michael Hernandez
U.S. Immigration & Customs Enforcement
472-7523

Norbert K. Sablan
Guam Police Department
475-8577

Frank R. Santos
Guam Police Department
475-8577

- 1 -

| | |
|---|---|
| 1 | Rashad A. Sims |
| 2 | Forensic Chemist |
|   | Drug Enforcement Administration |
| 3 | South Central Laboratory |
|   | (972) 559-7953 |
| 4 | |
| 5 | Clay P. Phelan |
|   | Forensic Chemist |
| 6 | Drug Enforcement Administration |
|   | South Central Laboratory |
| 7 | (972) 559-7953 |
| 8 | |
|   | Matthew C. Ayuyu |
| 9 | 647-1970 |
| 10 | Mimi Clinard |
|    | 649-0221 |
| 11 | |
| 12 | Tat Tang |
|    | (c/o Brian Fleming) |
| 13 | 85-2-2521-4536 |
| 14 | Peter Weay Jung Shih |
|    | 650-793-4117 |
| 15 | |
|    | George B. Castro |
| 16 | 688-3376 |
| 17 | Mi Jung Pak |
|    | Holiday Resort |
| 18 | 647-7272 |
| 19 | Joshua Cuthbertson |
|    | 612-928647414 |
| 20 | |
|    | Mark Cliff |
| 21 | 612-928647414 |
| 22 | Josh O'Connor |
|    | 612-928647414 |
| 23 | |
|    | Chung Harrell |
| 24 | 688-7516 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |