DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL



**FILED**
DISTRICT COURT OF GUAM
JUN -7 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-04-00008**  **DATE: June 7, 2006**

*********************************************************************************

**HON. JOHN A. HOUSTON, Designated Judge, Presiding**  Law Clerk: None Present
Official Court Reporter: Wanda Miles  Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:10:48 - 11:09:50; 11:38:33 - 12:30:50  CSO: N. Edrosa / J. Lizama / B. Pereda
1:05:45 - 1:20:50; 2:43:15 - 4:57:45

******************************** A P P E A R A N C E S ********************************

**DEFT  KUANG HUA CHEN**  **ATTY  CURTIS VAN DE VELD**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.  ( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID**  **AGENT: KEN BOMEN, D.E.A.**

**U.S. PROBATION: NONE PRESENT**  **U.S. MARSHAL: J. SALAS / V. ROMAN**

*********************************************************************************

## DAY NO.  1  OF TRIAL

( X ) JURY EMPANELED AND SWORN
( X ) OPENING STATEMENT BY THE   X  Plaintiff   X   Defendant
( X ) WITNESSES SWORN AND EXAMINED      ( X ) EXHIBITS MARKED AND ADMITTED
   SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
(  ) CLOSING ARGUMENT BY THE ____Plaintiff ____Defendant
( X ) TRIAL/DELIBERATION CONTINUED TO: June 8, 2006 at 10:00 a.m.
(  ) JURY CHARGED BY COURT
(  ) JURY DELIBERATE AT_____  (  ) JURY RETURNS VERDICT AT:_____
(  ) JURY VERDICT: _____
(  ) JURY POLLED   (  ) POLLING WAIVED   (  ) JURY DISCHARGED
(  ) COURT FINDINGS: _____

(  ) OTHER MATTER(s):

# UNITED STATES DISTRICT COURT

DISTRICT OF __GUAM__

United States of America

V.

Kuang Hua Chen

**EXHIBIT AND WITNESS LIST**

Case Number: **CR-04-00008**

| PRESIDING JUDGE<br>**JOHN A. HOUSTON** | PLAINTIFF'S ATTORNEY<br>**MARIVIC DAVID** | DEFENDANT'S ATTORNEY<br>**CURTIS VAN DE VELD** |
|---|---|---|
| HEARING DATE (S)<br>June 7-14, 2006 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 3:20:50 - 3:35:27 Opening statement by Ms. David |
| | | | | | | 3:36:00 - 3:39:24 Opening statement by Mr. Van de Veld |
| | | | | | | **PETER WEAY JUNG SHIH, called and sworn** |
| | | | | | | DX by Ms. David |
| | 3 | | 6/7/06 | 6/7/06 | 6/7/06 | Photo of Crazy Shirts shopping bag |
| | 4 | | 6/7/06 | 6/7/06 | 6/7/06 | Crazy Shirts shopping bag |
| | 5a | | 6/7/06 | 6/7/06 | 6/7/06 | Chinese tea box with blue/white foil bag |
| | 5b | | 6/7/06 | 6/7/06 | 6/7/06 | Photo of one Chinese tea box w/ red cover on top of Crazy Shirts shopping bag |
| | 9 | | 6/7/06 | 6/7/06 | 6/7/06 | Compact disc recording of first August 27, 2003 meeting |
| | 10 | | 6/7/06 | 6/7/06 | 6/7/06 | Transcript of first August 27, 2003 meeting |
| | 12b | | 6/7/06 | 6/7/06 | 6/7/06 | Compact disc recording of Exhibit 12a |
| | 13a | | 6/7/06 | 6/7/06 | 6/7/06 | Transcript of second August 27, 2003 meeting |
| | 11b | | 6/7/06 | 6/7/06 | 6/7/06 | Compact disc recording of Exhibit 11a |
| | 13b | | 6/7/06 | 6/7/06 | 6/7/06 | Videotape of second August 27, 2003 meeting |
| | | | | | | 4:24:26 End DX by Ms. David |
| | | | | | | CX by Mr. Van de Veld |
| | 4 | | 6/7/06 | 6/7/06 | 6/7/06 | Crazy Shirts shopping bag |
| | 3 | | 6/7/06 | 6/7/06 | 6/7/06 | Photo of Crazy Shirts shopping bag |
| | 5a | | 6/7/06 | 6/7/06 | 6/7/06 | Chinese tea box with blue/white foil bag |
| | 5b | | 6/7/06 | 6/7/06 | 6/7/06 | Photo of one Chinese tea box w/ red cover on top of Crazy Shirts shopping bag |
| | | D | 6/7/06 | 6/7/06 | 6/7/06 | Peter Shih Amended Criminal Judgment |
| | | E | 6/7/06 | 6/7/06 | 6/7/06 | Peter Shih Informant Payment Record |
| | | F | 6/7/06 | 6/7/06 | 6/7/06 | Asia region date line map w/ highlighted circle indicating Taiwan and a highlighted square indicating Guam |
| | | | | | | 4:48:21 End CX |
| | | | | | | Re-DX by Ms. David |
| | 4 | | 6/7/06 | 6/7/06 | 6/7/06 | Crazy Shirts shopping bag |
| | 5a | | 6/7/06 | 6/7/06 | 6/7/06 | Chinese tea box with blue/white foil bag |
| | | | | | | Re-CX by Mr. Van de Veld |
| | | | | | | 4:52:35 Witness excused |
| | | | | | | **4:57:45 End Day 1** |