FILED
DISTRICT COURT OF GUAM
JUN -9 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. **04-00008** |
| | ) | |
| vs | ) | |
| | ) | |
| **KUANG HUA CHEN**, | ) | ACKNOWLEDGMENT OF EXHIBITS |
| | ) | |
| Defendant. | ) | |

I, the undersigned agent, am hereby designated as custodian of the exhibits listed below.

Upon request of the clerk of the court, I shall deliver said exhibits to the clerk forthwith.

| Exhibit No. | Description |
|---|---|
| 6 | Evidence bag containing 729.2 grams of N, N–dimethylamethamphetamine Hcl |
| 18a-b | Evidence bag containing 2,078 grams of N, N–dimethylamethamphetamine Hcl |

_____
Signature

Date: 6/9/06            Ken Bowman, SA-DEA
                         Print Name