DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MINUTES - TRIAL**



**FILED**
DISTRICT COURT OF GUAM
JUN 12 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-04-00008**                              **DATE: June 12, 2006**

*********************************************************************************

HON. JOHN A. HOUSTON, Designated Judge, Presiding         Law Clerk: None Present
Official Court Reporter: Wanda Miles                      Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 9:09:06 - 9:17:36; 9:51:00 - 11:09:52      CSO: J. Lizama / B. Pereda / F. Tenorio
11:37:14 -12:47:57; 1:18:41 - 1:55:55

*************************** A P P E A R A N C E S ***************************

**DEFT  KUANG HUA CHEN**                               **ATTY  CURTIS VAN DE VELD**
( X ) PRESENT   ( X ) CUSTODY    ( ) BOND    ( ) P.R.      ( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY:  MARIVIC DAVID                          AGENT: KEN BOWMAN, D.E.A.

U.S. PROBATION: NONE PRESENT                           U.S. MARSHAL:  V. ROMAN / C. MARQUEZ

INTERPRETER:  JULIA BERG                               LANGUAGE: MANDARIN

## DAY NO.  4  OF TRIAL

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE    __ Plaintiff    __ Defendant
( X ) WITNESSES SWORN AND EXAMINED          ( X ) EXHIBITS MARKED AND ADMITTED
        SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ____Plaintiff  ____Defendant
( X ) TRIAL/DELIBERATION CONTINUED TO: June 13, 2006 at 9:00 a.m.
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____     ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED    ( ) POLLING WAIVED       ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

Both parties rested their case.

Defense moved and argued for a Rule 29 Motion for Judgment of Acquittal and dismissal of Counts 1 and 3 with prejudice. Rebuttal argument by the Government. The Court Denied the dismissal of Counts 1 and 3, and stated its reasons. Defense also moved for dismissal of all charges based on the Government's non-disclosure of Mr. Tang's identity prior to the deposition of Mr. Yeh. Rebuttal argument by the government. The Court Denied the Motion.

No further written order will be forthcoming on the Court's rulings for both motions.

Jurors were released and instructed to report in at 9:00 a.m. tomorrow.

Defendant was sworn and examined. Defendant waived his right to testify in his case.

The Court and parties discussed the proposed jury instructions.

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Kuang Hua Chen | Case Number: CR-04-00008 |

| PRESIDING JUDGE<br>JOHN A. HOUSTON | PLAINTIFF'S ATTORNEY<br>MARIVIC DAVID | DEFENDANT'S ATTORNEY<br>CURTIS VAN DE VELD |
|---|---|---|
| HEARING DATE (S)<br>June 7-12, 2006 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 3:20:50 - 3:35:27 Opening statement by Ms. David |
| | | | | | | 3:36:00 - 3:39:24 Opening statement by Mr. Van de Veld |
| | | | | | | **PETER WEAY JUNG SHIH, called and sworn** |
| | | | | | | DX by Ms. David |
| | 3 | | 6/7/06 | 6/7/06 | 6/7/06 | Photo of Crazy Shirts shopping bag |
| | 4 | | 6/7/06 | 6/7/06 | 6/7/06 | Crazy Shirts shopping bag |
| | 5a | | 6/7/06 | 6/7/06 | 6/7/06 | Chinese tea box with blue/white foil bag |
| | 5b | | 6/7/06 | 6/7/06 | 6/7/06 | Photo of one Chinese tea box w/ red cover on top of Crazy Shirts shopping bag |
| | 9 | | 6/7/06 | 6/7/06 | 6/7/06 | Compact disc recording of first August 27, 2003 meeting |
| | 10 | | 6/7/06 | 6/7/06 | 6/7/06 | Transcript of first August 27, 2003 meeting |
| | 12b | | 6/7/06 | 6/7/06 | 6/7/06 | Compact disc recording of Exhibit 12a |
| | 13a | | 6/7/06 | 6/7/06 | 6/7/06 | Transcript of second August 27, 2003 meeting |
| | 11b | | 6/7/06 | 6/7/06 | 6/7/06 | Compact disc recording of Exhibit 11a |
| | 13b | | 6/7/06 | 6/7/06 | 6/7/06 | Videotape of second August 27, 2003 meeting |
| | | | | | | 4:24:26 End DX by Ms. David |
| | | | | | | CX by Mr. Van de Veld |
| | 4 | | 6/7/06 | 6/7/06 | 6/7/06 | Crazy Shirts shopping bag |
| | 3 | | 6/7/06 | 6/7/06 | 6/7/06 | Photo of Crazy Shirts shopping bag |
| | 5a | | 6/7/06 | 6/7/06 | 6/7/06 | Chinese tea box with blue/white foil bag |
| | 5b | | 6/7/06 | 6/7/06 | 6/7/06 | Photo of one Chinese tea box w/ red cover on top of Crazy Shirts shopping bag |
| | | D | 6/7/06 | 6/7/06 | 6/7/06 | Peter Shih Amended Criminal Judgment |
| | | E | 6/7/06 | 6/7/06 | 6/7/06 | Peter Shih Informant Payment Record |
| | | F | 6/7/06 | 6/7/06 | 6/7/06 | Asia region date line map w/ highlighted circle indicating Taiwan and a highlighted square indicating Guam |
| | | | | | | 4:48:21 End CX |
| | | | | | | Re-DX by Ms. David |
| | 4 | | 6/7/06 | 6/7/06 | 6/7/06 | Crazy Shirts shopping bag |
| | 5a | | 6/7/06 | 6/7/06 | 6/7/06 | Chinese tea box with blue/white foil bag |
| | | | | | | Re-CX by Mr. Van de Veld |
| | | | | | | 4:52:35 Witness excused |
| | | | | | | **4:57:45 End Day 1** |
| | | | | | | **10:14:57 BEGIN DAY 2** |
| | | | | | | **MICHAEL HERNANDEZ, called and sworn** |
| | | | | | | DX by Ms. David |
| | 1a-d | | 6/8/06 | 6/8/06 | 6/8/06 | Copy of Republic of China passport of Hung-Chang Yeh with U.S. Visa and I-94 arrival and departure record |
| | 2 | | 6/8/06 | 6/8/06 | 6/8/06 | Copy of airline ticket of Hung-Chang Yeh |
| | 14 | | 6/8/06 | 6/8/06 | 6/8/06 | Three Chinese tea boxes with blue/white foil bags |
| | 5c | | 6/8/06 | 6/8/06 | 6/8/06 | Photo of contents of Chinese tea box |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | PRESIDING JUDGE | | | | | |

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|
| JOHN A. HOUSTON | | | MARIVIC DAVID | | CURTIS VAN DE VELD | |
| HEARING DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY | |
| June 7-12, 2006 | | | WANDA MILES | | LEILANI TOVES HERNANDEZ | |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 5d | | 6/8/06 | 6/8/06 | 6/8/06 | Photo of one plastic bag of crystalline substance |
| | 15 | | 6/8/06 | 6/8/06 | 6/8/06 | Photo of one Chinese tea box and red cover with blue/white foil bag of crystalline substance |
| | 16a-b | | 6/8/06 | 6/8/06 | 6/8/06 | Photos of two Chinese tea boxes with green covers and contents |
| | 17 | | 6/8/06 | 6/8/06 | 6/8/06 | Photo of evidence bag containing three plastic bags of 2,078 grams of N, N-dimethylamphetamine Hcl |
| | | | | | | 10:46:28 End DX |
| | | | | | | CX by Mr. Van de Veld |
| | 1d | | 6/8/06 | 6/8/06 | 6/8/06 | Copy of I-94 arrival and departure record of Hung-Chang Yeh |
| | 2 | | 6/8/06 | 6/8/06 | 6/8/06 | Copy of airline ticket of Hung-Chang Yeh |
| | 14 | | 6/8/06 | 6/8/06 | 6/8/06 | Three Chinese tea boxes with blue/white foil bags |
| | 5c | | 6/8/06 | 6/8/06 | 6/8/06 | Photo of contents of Chinese tea box |
| | 16a-b | | 6/8/06 | 6/8/06 | 6/8/06 | Photos of two Chinese tea boxes with green covers and contents |
| | 17 | | 6/8/06 | 6/8/06 | 6/8/06 | Photo of evidence bag containing three plastic bags of 2,078 grams of N, N-dimethylamphetamine Hcl |
| | | | | | | 11:04:44 End CX |
| | | | | | | Re-DX by Ms. David |
| | 2 | | 6/8/06 | 6/8/06 | 6/8/06 | Copy of airline ticket of Hung-Chang Yeh |
| | | | | | | 11:05:55 End Re-DX; No further examination by counsel |
| | | | | | | Witness excused |
| | | | | | | **NORBERT K. SABLAN, called and sworn** |
| | | | | | | DX by Ms. David |
| | 3 | | 6/7/06 | 6/7/06 | 6/7/06 | Photo of Crazy Shirts shopping bag |
| | 4 | | 6/7/06 | 6/7/06 | 6/7/06 | Crazy Shirts shopping bag |
| | 5a | | 6/7/06 | 6/7/06 | 6/7/06 | Chinese tea box with blue/white foil bag |
| | 5b | | 6/7/06 | 6/7/06 | 6/7/06 | Photo of one Chinese tea box w/ red cover on top of Crazy Shirts shopping bag |
| | 5c | | 6/8/06 | 6/8/06 | 6/8/06 | Photo of contents of Chinese tea box |
| | 5d | | 6/8/06 | 6/8/06 | 6/8/06 | Photo of one plastic bag of crystalline substance |
| | 14 | | 6/8/06 | 6/8/06 | 6/8/06 | Three Chinese tea boxes with blue/white foil bags |
| | 15 | | 6/8/06 | 6/8/06 | 6/8/06 | Photo of one Chinese tea box and red cover with blue/white foil bag of crystalline substance |
| | 16a-b | | 6/8/06 | 6/8/06 | 6/8/06 | Photos of two Chinese tea boxes with green covers and contents |
| | 17 | | 6/8/06 | 6/8/06 | 6/8/06 | Photo of evidence bag containing three plastic bags of 2,078 grams of N, N-dimethylamphetamine Hcl |
| | 6 | | 6/8/06 | 6/8/06 | 6/8/06 | Evidence bag of 729.2 grams of N, N-dimethylamphetamine Hcl |
| | 18a-b | | 6/8/06 | 6/8/06 | 6/8/06 | Evidence bag of 2,078 grams of N, N-dimethylamphetamine Hcl |
| | 19 | | 6/8/06 | 6/8/06 | 6/8/06 | DEA lab report - 2,078 grams of N, N-dimethylamphetamine Hcl |
| | | | | | | 11:26:00 End DX |
| | | | | | | CX by Mr. Van de Veld |
| | 6 | | 6/8/06 | 6/8/06 | 6/8/06 | Evidence bag of 729.2 grams of N, N-dimethylamphetamine Hcl |
| | 18a-b | | 6/8/06 | 6/8/06 | 6/8/06 | Evidence bag of 2,078 grams of N, N-dimethylamphetamine Hcl |
| | 7 | | 6/8/06 | | | DEA lab report - 729.2 grams of N, N-dimethylamphetamine Hcl |
| | 19 | | 6/8/06 | 6/8/06 | 6/8/06 | DEA lab report - 2,078 grams of N, N-dimethylamphetamine Hcl |
| | 15 | | 6/8/06 | 6/8/06 | 6/8/06 | Photo of one Chinese tea box and red cover with blue/white foil bag of crystalline substance |
| | 16a-b | | 6/8/06 | 6/8/06 | 6/8/06 | Photos of two Chinese tea boxes with green covers and contents |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | PRESIDING JUDGE **JOHN A. HOUSTON** / PLAINTIFF'S ATTORNEY **MARIVIC DAVID** / DEFENDANT'S ATTORNEY **CURTIS VAN DE VELD** / HEARING DATE(S) June 7-12, 2006 / COURT REPORTER WANDA MILES / COURTROOM DEPUTY LEILANI TOVES HERNANDEZ |
| | 17 | | 6/8/06 | 6/8/06 | 6/8/06 | Photo of evidence bag containing three plastic bags of 2,078 grams of N, N-dimethylamphetamine Hcl |
| | | | | | | 11:43:9 End CX |
| | | | | | | Re-DX by Ms. David |
| | 7 | | 6/8/06 | 6/8/06 | | DEA lab report - 729.2 grams of N, N-dimethylamphetamine Hcl |
| | | | | | | 12:01:06 End Re-DX; Re-CX by Mr. Van de Veld |
| | 7 | | 6/8/06 | 6/8/06 | | DEA lab report - 729.2 grams of N, N-dimethylamphetamine Hcl |
| | | | | | | 12:05:02 End Re-CX; No further examination by counsel |
| | | | | | | Witness excused |
| | | | | | | 12:05 Jurors excused for lunch |
| | | | | | | **Government Exhibit #6 admitted** |
| | | | | | | **12:40:43 LUNCH BREAK** |
| | | | | | | **1:39:09 RESUME TRIAL** |
| | | | | | | TAT TANG, called and sworn; assisted by CHUNG HARRELL, Interpreter |
| | | | | | | DX by Ms. David |
| | 36 | | 6/8/06 | 6/8/06 | 6/8/06 | Compact disc recording b/w CS and Chen (July 9, 2003; Macau) |
| | 37 | | 6/8/06 | 6/8/06 | 6/8/06 | Partial transcript of July 9, 2003 Macau recording |
| | | | | | | **12:40:43 LUNCH BREAK** |
| | | | | | | **1:39:09 RESUME TRIAL** |
| | 39 | | 6/8/06 | 6/8/06 | | Compact disc recording b/w CS and Chen (July 10, 2003; Macau) |
| | 40 | | 6/8/06 | 6/8/06 | 6/8/06 | Partial transcript of July 10, 2003 Macau recording |
| | 45 | | 6/8/06 | 6/8/06 | 6/8/06 | Compact disc recording b/w CS and Chen (August 2, 2003; Macau) |
| | 46 | | 6/8/06 | 6/8/06 | 6/8/06 | Partial transcript of August 2, 2003 Macau recording |
| | 48 | | 6/8/06 | 6/8/06 | 6/8/06 | Compact disc recording b/w CS and Chen (August 12, 2003; Macau) |
| | 49 | | 6/8/06 | 6/8/06 | 6/8/06 | Partial transcript of August 12, 2003 Macau recording |
| | 57 | | 6/8/06 | 6/8/06 | 6/8/06 | Compact disc recording b/w CS and Chen (August 22, 2003; Macau) |
| | 58 | | 6/8/06 | 6/8/06 | 6/8/06 | Partial transcript of August 22, 2003 Macau recording |
| | 63 | | 6/8/06 | 6/8/06 | 6/8/06 | Compact disc recording b/w CS and Chen (August 27, 2003; Macau) |
| | 64 | | 6/8/06 | 6/8/06 | 6/8/06 | Partial transcript of August 27, 2003 Macau recording |
| | | | | | | **4:08:11 BREAK** |
| | | | | | | **4:24:45 RESUME TRIAL** |
| | 66 | | 6/8/06 | 6/8/06 | 6/8/06 | Compact disc recording b/w CS and Chen (October 9, 2003; Hong Kong) |
| | 67 | | 6/8/06 | 6/8/06 | 6/8/06 | Partial transcript of October 9, 2003; Hong Kong recording |
| | 26b | | 6/8/06 | 6/8/06 | 6/8/06 | DVD of meeting with Chen |
| | | | | | | Defense objected to the admittance - Overruled, Exhibit 26b was admitted |
| | | | | | | 5:04:12 Jurors excused |
| | | | | | | Defense argued the Rule 404b issue related to witness' prior testimony. Rebuttal by argument by the Government. The Court reconsidered its previous ruling regarding the testimony of Mr. Yu and stated that it is outside of the time frame of the conspiracy, therefore that portion of the testimony will be stricken. |
| | | | | | | **5:12:01 END DAY 2** |
| | | | | | | **9:15:15 BEGIN DAY 3** |
| | | | | | | *Government moved to admit Exhibits 7 and 39 - Granted* |
| | | | | | | *Defense moved to admit Exhibits B and C - Government argued objections to Exhibit C. Defense redacted a portion of the exhibit - Both exhibits were admitted* |
| | | | | | | CX by Mr. Van de Veld |
| | | | | | | **9:44:46 - 10:00 BREAK** |
| | | C | 6/9/06 | 6/9/06 | 6/9/06 | Tat Tang Compensation for this case |
| | | B | 6/9/06 | 6/9/06 | 6/9/06 | Tat Tang Total Informant Compensation |
| | 49 | | 6/8/06 | 6/8/06 | 6/8/06 | Partial transcript of August 12, 2003 Macau recording |
| | | | | | | **11:56:47 - 1:29:00 LUNCH BREAK** |
| | 26b | | 6/8/06 | 6/8/06 | 6/8/06 | DVD of meeting with Chen |
| | | | | | | 2:06:55 End CX by Mr. Van de Veld |

Page -3-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | Re-DX by Ms. David |
| | | | | | | 2:28:16 End Re-DX |
| | | | | | | Re-CX by Mr. Van de Veld |
| | | | | | | 2:39:26 End Re-CX; No further examination by counsel |
| | | | | | | Witness excused |
| | | | | | | **JOSHUA CUTHBERTSON, called and sworn** |
| | | | | | | DX by Ms. David |
| | 27 | | 6/9/06 | 6/9/06 | | Passport of Chen |
| | 28 | | 6/9/06 | 6/9/06 | | Hong Kong multiple entry permit of Chen |
| | 29 | | 6/9/06 | 6/9/06 | | Chinese passport (green) of Chen |
| | | | | | | 2:47:17 End DX; No CX by Mr. Van de Veld |
| | | | | | | Witness excused |
| | | | | | | **TEDDY SO CHUNG WAH, called and sworn** |
| | | | | | | DX by Ms. David |
| | 25 | | 6/9/06 | 6/9/06 | 6/9/06 | Holiday Inn note |
| | | | | | | 3:04:01 - End DX |
| | | | | | | CX by Mr. Van de Veld |
| | 25 | | 6/9/06 | 6/9/06 | 6/9/06 | Holiday Inn note |
| | | | | | | 3:34:27 - 4:01:52 BREAK |
| | | | | | | 4:04:01 End CX |
| | | | | | | Re-DX by Ms. David |
| | 25 | | 6/9/06 | 6/9/06 | 6/9/06 | Holiday Inn note |
| | | | | | | 4:06:40 End Re-DX; No further CX by Mr. Van de Veld |
| | | | | | | *Witness called out of order by Defense* |
| | | | | | | DX by Mr. Van de Veld |
| | | | | | | 4:17:40 End DX; No CX by Ms. David |
| | | | | | | Witness excused |
| | | | | | | **DUNCAN BRUCE LINGLE, called and sworn** |
| | | | | | | DX by Ms. David |
| | | | | | | 4:29:55 End DX |
| | | | | | | CX by Mr. Van de Veld |
| | | | C | 6/9/06 | 6/9/06 | 6/9/06 | Tat Tang Compensation for this case |
| | | | B | 6/9/06 | 6/9/06 | 6/9/06 | Tat Tang Total Informant Compensation |
| | | | E | 6/7/06 | 6/7/06 | 6/7/06 | Peter Shih Informant Payment Record |
| | | | | | | 4:49:21 End CX; No further CX by Ms. David |
| | | | | | | *Witness called out of order by Defense* |
| | | | | | | DX by Mr. Van de Veld |
| | | | | | | 5:00:54 End DX |
| | | | | | | CX by Ms. David |
| | | | | | | 5:02:53 End CX by Ms. David |
| | | | | | | Re-DX by Mr. Van de Veld; No further examination by counsel |
| | | | | | | Witness excused |
| | | | | | | **5:08:34 END DAY 3** |
| | | | | | | **9:09:06 BEGIN DAY 4** |
| | | | | | | *Government moves to admit Exhibits 27, 28, and 29. No objections - Granted* |
| | | | | | | *Government stated that it will introduce Exhibits 22 and 24, and moved for their admission. No objections - Granted* |
| | | | | | | *Defense Exhibit G was admitted* |
| | | | | | | **9:17:36 - 9:51:00 BREAK** |
| | | | | | | Government introduced Exhibit 24, and moved that it would be read through the case agent, who will represent Tat Tang. Defense had no objections, however, stated that parties stipulated that at the time the deposition was taken, he did not know the identity of Tat Tang |

| PRESIDING JUDGE **JOHN A. HOUSTON** | | | | | | PLAINTIFF'S ATTORNEY **MARIVIC DAVID** | DEFENDANT'S ATTORNEY **CURTIS VAN DE VELD** |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) June 7-12, 2006 | | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | **KEN BOWMAN, called and sworn** | |
| | 24 | | 6/12/06 | 6/12/06 | 6/12/06 | Transcript of videotaped deposition of Hung Chang Yeh | |
| | | | | | | Government moved for the admission of Exhibits 22 and 24 - Granted | |
| | 22 | | | | 6/12/06 | Plea agreement of Hung Chang Yeh | |
| | | | | | | Court read instructions to the jury regarding depositions | |
| | | | | | | *Government rested their case* | |
| | | | | | | Rule 29 Motion argued by defense. Rebuttal argument by the government. Rule 29 Motion Denied. | |
| | | | | | | **CHUNG HARRELL, called and sworn** | |
| | | | | | | DX by Mr. Van de Veld | |
| | | | | | | 10:56:35 End DX; No further examination by counsel | |
| | | | | | | Witness excused | |
| | | | | | | **JULIA BERG, called and sworn** | |
| | | | | | | DX by Mr. Van de Veld; No further examination by counsel | |
| | | | | | | Witness excused | |
| | | | | | | *Defense rested their case* | |
| | | | | | | **1:55:55  END DAY 4** | |

Page -5-