DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL


FILED
DISTRICT COURT OF GUAM
JUN 13 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-04-00008**   **DATE: June 13, 2006**

HON. JOHN A. HOUSTON, Designated Judge, Presiding
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:31:38 - 10:57:17; 11:16:29 - 1:41:00

Law Clerk: None present
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Pereda / F. Tenorio / L. Ogo

************************** APPEARANCES **************************

**DEFT KUANG HUA CHEN**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY CURTIS VAN DE VELD**
( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID

AGENT: KEN BOWMAN, D.E.A.

U.S. PROBATION: NONE PRESENT

U.S. MARSHAL: V. ROMAN / C. MARQUEZ

INTERPRETER: JULIA BERG

LANGUAGE: MANDARIN

## DAY NO. 5 OF TRIAL

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE ___ Plaintiff ___ Defendant
( ) WITNESSES SWORN AND EXAMINED       ( ) EXHIBITS MARKED AND ADMITTED
    SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( X ) CLOSING ARGUMENT BY THE   X  Plaintiff     X  Defendant
( X ) TRIAL/DELIBERATION CONTINUED TO: June 14, 2006 at 9:00 a.m.
( X ) JURY CHARGED BY COURT
( X ) JURY DELIBERATE AT 1:41 p.m.        ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED    ( ) POLLING WAIVED    ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

**Parties stipulated that they will not need to reconvene prior to the jury leaving for the day and when they meet in the morning.**

**Jurors were instructed to notify the Court if they wish to deliberate past 5:00 p.m.. In addition, if jurors were to continue deliberations, they were instructed to report in at 9:00 a.m. tomorrow.**