# CR-04-00008
## USA -vs- KUANG HUA CHEN
## JURY NOTE

Unable to have both video & audio on disk of meeting in Tumon.

▬▬▬▬▬▬▬▬▬ : Foreperson

FILED
DISTRICT COURT OF GUAM
JUN 13 2006
MARY L.M. MORAN
CLERK OF COURT

Jurors:
Please identify the exhibit by number you refer to?

John A. Houston
Judge
2:57 pm

2:47 pm

Exhibit 12B

3:01 pm

Jurors,
Exhibit 12B is an audio CD, not video, recording of the 2nd meeting on 8-27-03, in Tumon. Exhibit 13a is the transcript of the recording on Exhibit 12B and Exhibit 13b is the video of the same meeting.

John A. Houston
Judge
3:28 PM