# CR-04-00008
## USA -vs- KUANG HUA CHEN
## JURY NOTE

Your Honor:
 To play 13b we need an 8mm cassette video player.

[redacted] Foreperson
6-13-06
3:40pm

An IT person will be available to assess the situation at your next break.
 Judge Hour[?]
 3:44 pm
 6-13-06

Thank you sir

The Jurors feel that we will not conclude today - we will leave at 5pm today & return at 9 AM tomorrow. We will not need a break for the remainder of the day.

6-13-06
3:51pm

Foreman.