# CR-04-00008
## USA -vs- KUANG HUA CHEN
## JURY NOTE

6/14/06

Your HONOR
WE STILL NEED AN 8MM player
to view 13b.

FOREMAN

2:40pm

**FILED**
DISTRICT COURT OF GUAM
JUN 1 4 2006
MARY L.M. MORAN
CLERK OF COURT