# CR-04-00008

## USA -vs- KUANG HUA CHEN
## JURY NOTE

6/14/06                    4:03 pm

Your Honor:
    I Request permission to unseal
13b in order to view the content.

                    FOREMAN

                                        4:06 pm GH

The jury may open or
unseal 13b or any other
sealed exhibit for your
inspection and consideration.

                    John R Houston
                    Judge        4:07 PM

**FILED**
DISTRICT COURT OF GUAM

JUN 14 2006

MARY L.M. MORAN
CLERK OF COURT