# CR-04-00008
## USA -vs- KUANG HUA CHEN
## JURY NOTE

6/14/06   4:45 PM

Your Honor:

The Jury Request the Court Transcript of Tat Tang's Testimony for Review in the Morning

The Jury will Retire Today at 5:00 PM and Re convene Tomorrow at 9:00 AM on 6/15/06

**FILED**
DISTRICT COURT OF GUAM
JUN 14 2006
MARY L.M. MORAN
CLERK OF COURT

Foreman    4:51 PM