DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL


FILED
DISTRICT COURT OF GUAM
JUN 14 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-04-00008**  **DATE: June 14, 2006**

***

**HON. JOHN A. HOUSTON, Designated Judge, Presiding**  Law Clerk: None present
Official Court Reporter: Wanda Miles    Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded:      CSO: B. Pereda / F. Tenorio / L. Ogo

*********************** A P P E A R A N C E S ***********************

**DEFT  KUANG HUA CHEN**        **ATTY  CURTIS VAN DE VELD**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID**        **AGENT: KEN BOWMAN, D.E.A.**

**U.S. PROBATION: NONE PRESENT**        **U.S. MARSHAL: V. ROMAN / C. MARQUEZ**

**INTERPRETER: JULIA BERG**        **LANGUAGE: MANDARIN**

## DAY NO. **6** OF TRIAL

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE    ___ Plaintiff    ___ Defendant
( ) WITNESSES SWORN AND EXAMINED        ( ) EXHIBITS MARKED AND ADMITTED
   SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE    ___ Plaintiff    ___ Defendant
( X ) TRIAL/DELIBERATION CONTINUED TO: **June 15, 2006 at 8:45 a.m.**
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____    ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED    ( ) POLLING WAIVED    ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( ) OTHER MATTER(s):