# CR-04-00008
## USA -vs- KUANG HUA CHEN
## JURY NOTE

6/14/06  4:45 PM

Your Honor:

The Jury Request the Court Transcript of Tai Tang's Testimony for Review in the Morning

The Jury will Retire Today at 5:00 PM and Re Convene Tomorrow at 9:00 AM on 6/15/06

Foreman  4:51 pm

FILED
DISTRICT COURT OF GUAM
JUN 14 2006
MARY L.M. MORAN
CLERK OF COURT

FILED
DISTRICT COURT OF GUAM
JUN 15 2006
MARY L.M. MORAN
CLERK OF COURT

(78)

Permission to read back testimony of Mr. Tang as granted. The transcript itself is not evidence that can be considered by you in the deliberation room. We will convene in court at 10:30 AM.

Judge 6-15-06 9:17 am