# CR-04-00008
## USA -vs- KUANG HUA CHEN
## JURY NOTE

6/15/06        5:05 pm

The Jurors are leaving for the evening and will reconvene at 8:00 am, 6/16/06.

/s/ Foreman

5:07 pm

**FILED**
DISTRICT COURT OF GUAM
JUN 15 2006
MARY L.M. MORAN
CLERK OF COURT