


DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL

FILED
DISTRICT COURT OF GUAM
JUN 15 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-04-00008　　　　　　　DATE: June 15, 2006

HON. JOHN A. HOUSTON, Designated Judge, Presiding　　　Law Clerk: None present
Official Court Reporter: Wanda Miles　　　　　　　　　　　Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 9:03:34 - 9:18:33; 11:15:31 - 12:38:21　　CSO: B. Pereda / F. Tenorio / P. Taijeron
2:34:44 - 4:05:23

**APPEARANCES**

DEFT  KUANG HUA CHEN　　　　　　　　　　ATTY  CURTIS VAN DE VELD
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.　　( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID　　　　　　　AGENT: KEN BOWMAN, D.E.A.

U.S. PROBATION: NONE PRESENT　　　　　　U.S. MARSHAL: V. ROMAN / D. PUNZALAN

INTERPRETER: JULIA BERG　　　　　　　　　LANGUAGE: MANDARIN

## DAY NO. 7 OF TRIAL

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE   ___ Plaintiff   ___ Defendant
( ) WITNESSES SWORN AND EXAMINED       ( ) EXHIBITS MARKED AND ADMITTED
　　SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE   ___ Plaintiff   ___ Defendant
( X ) TRIAL/DELIBERATION CONTINUED TO: June 16, 2006 at 8:00 a.m.
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____      ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED    ( ) POLLING WAIVED    ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

The Court and parties discuss the additional note received yesterday afternoon. Defense recommended the court reporter read back of the transcript. Government recommended the audio recording. The Court Ordered that the transcript will be read back to the jurors.

Defense moved that with regard to the stricken portions of the testimony, that the jury be instructed that those portions may not be considered as evidence. - Granted.

The Court Ordered that the transcript will be marked as a Court exhibit, and if filed (based on local procedures), it will be filed under seal.

The Court instructed the jurors to report in at 8:00 a.m. tomorrow to continue deliberations. If a verdict is not reached, counsel were instructed to return at 2:00 p.m. tomorrow for a Status Conference.