# CR-04-00008
## USA -vs- KUANG HUA CHEN
## JURY NOTE

6/16/06    3:15 pm

A juror needs to call her place of employment to arrange to pick-up her check - Her payroll office closes at 5pm today; or arrangement be made for her. The juror's name is ████████

#7

**FILED**
DISTRICT COURT OF GUAM
JUN 16 2006
MARY L.M. MORAN
CLERK OF COURT

/s/
Foreman.

6·16·06
3:15pm

If after making the telephone the juror finds other arrangements cannot be made to retrieve her payroll check, advise the court and we will consider alternatives Your Honor:

Arrangements can/    John A. Hunt
                     Judge    3:19 pm

3:26 pm