# CR-04-00008
## USA -vs- KUANG HUA CHEN
## JURY NOTE

6/16/06     4:03 pm.

WE NEED to ACCESS to Computer password to VIEW EXH 26 b;

/s/
Foreman.

An IT person will    4:03 pm gr
arrive to resolve the
problem.

/s/ Judge
4:05

**FILED**
DISTRICT COURT OF GUAM
JUN 16 2006
MARY L.M. MORAN
CLERK OF COURT