DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL


FILED
DISTRICT COURT OF GUAM
JUN 16 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-04-00008                    DATE: June 16, 2006

HON. JOHN A. HOUSTON, Designated Judge, Presiding          Law Clerk: None present
Official Court Reporter: Wanda Miles                        Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 3:09:27 - 3:19:58; 3:48:24 - 4:05:30    CSO: B. Pereda / F. Tenorio / P. Taijeron

************************** APPEARANCES **************************

DEFT  KUANG HUA CHEN                            ATTY  CURTIS VAN DE VELD
( X ) PRESENT  ( X ) CUSTODY  (  ) BOND  (  ) P.R.    ( X ) PRESENT  ( X ) RETAINED  (  ) FPD  (  ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                    AGENT: KEN BOWMAN, D.E.A.

U.S. PROBATION: NONE PRESENT                    U.S. MARSHAL: V. ROMAN

INTERPRETER: JULIA BERG                         LANGUAGE: MANDARIN


PROCEEDINGS:          STATUS CONFERENCE

(  ) MOTION(s) ARGUED BY   (  ) GOVERNMENT   (  ) DEFENDANT(s)
(  ) MOTION(s)  ___Granted  ___Denied  ___Withdrawn  ___Under Advisement
(  ) ORDER SUBMITTED   ___Approved   ___Disapproved
(  ) ORDER to prepared By:_____
(  ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

Parties consented to the Magistrate Judge receiving the return of verdict in the absence of the Court. The Court advised the defendant of his rights regarding this matter. The defendant waived his right to have a District Judge receive the verdict and consented to the Magistrate Judge receiving the verdict.
If in the event there is a hung jury, the Court would write out the appropriate instruction and have the Magistrate Judge read it to the jury. Defendant consented to this procedure.


( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHALS SERVICE
(  ) DEFENDANT RELEASED (  ) as previously ordered (  ) see Release Conditions-
                                                    next page

Courtroom Deputy: