# CR-04-00008
## USA -vs- KUANG HUA CHEN
## JURY NOTE

6/16/06        4:45 PM.

Your Honor:

We have not reached a verdict at this time, we do not feel that we will reach a verdict today, if we stay until 6:00 PM. We therefore will recess at 5 PM, and reconvene on Monday at 8:00 AM, 6/19/06.

*FILED — DISTRICT COURT OF GUAM — JUN 16 2006 — MARY L.M. MORAN, CLERK OF COURT*

Foreman.     5:00 PM

Thank you. The jury shall reconvene on Monday (6-19-06) at 8 AM

Judge Houston
5:05 PM