

FILED
DISTRICT COURT OF GUAM
JUN 16 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-04-00008**  **DATE: June 16, 2006**

**HON. JOHN A. HOUSTON, Designated Judge, Presiding**  Law Clerk: None present
Official Court Reporter:  Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded:  CSO: B. Pereda / F. Tenorio / P. Taijeron

********************* A P P E A R A N C E S *********************

**DEFT KUANG HUA CHEN**  **ATTY CURTIS VAN DE VELD**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.  ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID**  **AGENT: KEN BOWMAN, D.E.A.**

**U.S. PROBATION: NONE PRESENT**  **U.S. MARSHAL: V. ROMAN**

**INTERPRETER: JULIA BERG**  **LANGUAGE: MANDARIN**

## DAY NO. 8 OF TRIAL

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE ___ Plaintiff ___ Defendant
( ) WITNESSES SWORN AND EXAMINED    ( ) EXHIBITS MARKED AND ADMITTED
  SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ___ Plaintiff ___ Defendant
( X ) TRIAL/DELIBERATION CONTINUED TO: June 19, 2006 at 8:00 a.m.
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____    ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED  ( ) POLLING WAIVED  ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( ) OTHER MATTER(s):