FILED
DISTRICT COURT OF GUAM
JUN 19 2006
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KUANG-HUA CHEN,<br><br>Defendant. | Criminal Case No. 04-00008<br><br>**ORDER** |

Pursuant to 28 U.S.C. § 636 (a), (b)(3) and the parties' consent on the record the Court hereby assigns the Magistrate Judge Joaquin V.E. Manibusan, Jr. the duty of accepting the verdict in this case. Notwithstanding such assignment, this Court remains available to answer any jury questions telephonically and/or by video.

Dated this 16th day of June 2006.

JOHN A. HOUSTON*
District Court of Guam

---

*The Honorable John A. Houston, United States District Judge for Southern District of California, by designation.

**ORIGINAL**