DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MINUTES - TRIAL**



**FILED**
DISTRICT COURT OF GUAM
JUN 19 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-04-00008**                     **DATE: June 19, 2006**

***

HON. JOHN A. HOUSTON, Designated Judge, Presiding       Law Clerk: None present
Court Recorder: Marilyn B. Alcon                         Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:31:24 - 10:41:07    CSO: B. Benavente / B. Pereda

*********************** A P P E A R A N C E S ***********************

**DEFT  KUANG HUA CHEN**                        **ATTY  CURTIS VAN DE VELD**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                    AGENT:

U.S. PROBATION: NONE PRESENT                    U.S. MARSHAL: V. ROMAN / C. MARQUEZ

INTERPRETER: JULIA BERG                         LANGUAGE: MANDARIN

## DAY NO. 9 OF TRIAL

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE    ___ Plaintiff  ___ Defendant
( ) WITNESSES SWORN AND EXAMINED       ( ) EXHIBITS MARKED AND ADMITTED
      SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE    ___ Plaintiff  ___ Defendant
( X ) TRIAL/DELIBERATION CONTINUED TO: June 20, 2006 at 8:00 a.m.
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____        ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED    ( ) POLLING WAIVED      ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

**The Court and parties discuss the issue regarding the juror who is ill. Parties stipulate to release the jury for today and to continue deliberations tomorrow.**