# CR-04-00008
## USA -vs- KUANG HUA CHEN
## JURY NOTE

6/19/06

CAN THE MISSING JUROR - BARBARA be CAll to INFORM her of the Jury RECONVENING THIS MORNING.

**FILED**
DISTRICT COURT OF GUAM
JUN 19 2006
MARY L.M. MORAN
CLERK OF COURT

To The Jurors:

One of your members called in ill and will not be present today. The Court has spoken with parties to excuse the jury for today and to resume tomorrow at 9:00 a.m. or earlier if they desire.

Please advise the Court by way of an additional note if you will resume at 9:00 a.m. or ealier tomorrow.

Your Honor:
We Understand; The Jury will Resume 8:00 AM, Tuesday 6/20/06.