# CR-04-00008
## USA -vs- KUANG HUA CHEN
## JURY NOTE

Mr. Foreman

Can you give Ms. Alcon a note and ask her to please call V.A. Clinic at Naval Hospital to Re-schedule my appointment for June 21, 06

Last 4 SSAN - ███

Thank you
Juror - No. 6

Your Honor:

Can the above request be taken care of for Mr. Aguon

/s/
Foreperson

6-20-06
11:50 am
yet

Doctor's appointment has been rescheduled to Friday, June 23, 2006 at 1300.

**FILED**
DISTRICT COURT OF GUAM
JUN 20 2006
MARY L.M. MORAN
CLERK OF COURT