# CR-04-00008
## USA -vs- KUANG HUA CHEN
## JURY NOTE

6/20/06  4:25 P.M.

Your Honor:
   The Jury Has Reach A Verdict.

/s/
Foreperson

6·20·06
4:20pm

**FILED**
DISTRICT COURT OF GUAM
JUN 20 2006
MARY L.M. MORAN
CLERK OF COURT