DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL


FILED
DISTRICT COURT OF GUAM
JUN 20 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-04-00008**  **DATE: June 20, 2006**

---

**HON. JOHN A. HOUSTON, Designated Judge, Presiding**
Court Recorder: Marilyn B. Alcon
Hearing Electronically Recorded: 4:51:35 - 5:00:22

Law Clerk: None present
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Pereda

---

**APPEARANCES**

**DEFT KUANG HUA CHEN**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.

**ATTY CURTIS VAN DE VELD**
( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID

AGENT: KEN BOWMAN, D.E.A.

U.S. PROBATION: MARIA CRUZ

U.S. MARSHAL: C. MARQUEZ / W. GRAY

INTERPRETER: JULIA BERG

LANGUAGE: MANDARIN

---

## DAY NO. 10 OF TRIAL

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE ___ Plaintiff ___ Defendant
( ) WITNESSES SWORN AND EXAMINED          ( ) EXHIBITS MARKED AND ADMITTED
    SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE   ___ Plaintiff   ___ Defendant
( ) TRIAL/DELIBERATION CONTINUED TO: _____
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____          ( X ) JURY RETURNS VERDICT AT: 4:20 P.M.
( X ) JURY VERDICT: COUNTS I THROUGH IV - NOT GUILTY
( ) JURY POLLED    ( X ) POLLING WAIVED    ( X ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

**Mr. Van de Veld moved for the defendant's release. Government had no objections.**

**The Court Ordered the defendant be released from custody.**