**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 04-00008 |
| Plaintiff, | |
| vs. | **VERDICT FORM** |
| KUANG-HUA CHEN, | |
| Defendant. | |

**COUNT I - CONSPIRACY TO IMPORT**

**METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled case unanimously find the defendant, KUANG-HUA CHEN: Violation of Title 21, United States Code, Sections 952(a), 960, and 963:

/ X /     NOT GUILTY

/   /     GUILTY

as charged in Count I of the Superseding Indictment.

1. If you find the defendant KUANG-HUA CHEN guilty as charged in Count I of the Superseding Indictment, do you unanimously find beyond a reasonable doubt that the controlled substance that defendant KUANG-HUA CHEN conspired to import was methamphetamine hydrochloride also known as "ice"?

_____     Yes

_____     No

2. If you find beyond a reasonable doubt that the controlled substance KUANG-HUA CHEN conspired to import was methamphetamine hydrochloride also known as "ice," do you unanimously find beyond a reasonable doubt that the total amount of methamphetamine hydrochloride also known as "ice," defendant KUANG-HUA CHEN either directly imported or agreed, understood, or reasonably could have foreseen would be imported by other co-conspirators in furtherance of the conspiratorial agreement was:

_____ at least 1.5 kilograms or more of methamphetamine hydrochloride;

OR

_____ at least 50 grams or more of methamphetamine hydrochloride;

OR

_____ at least 5 grams but less than 50 grams of methamphetamine hydrochloride;

OR

_____ a detectable amount but less than 5 grams of methamphetamine hydrochloride;

3. If you find the defendant KUANG-HUA CHEN guilty as charged in Count I of the Superseding Indictment, do you unanimously find beyond a reasonable doubt that defendant KUANG-HUA CHEN was:

a. Predisposed to commit the crime before being contacted by the government agent?

_____ Yes

_____ No

or

b. Induced by the government agent to commit the crime?

_____ Yes

_____ No

## COUNT II - IMPORTATION OF
## N, N-DIMETHYLAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, KUANG-HUA CHEN: Violation of Title 21, United States Code, Sections 952(a) and 960; and Title 18, United States Code, Section 2:

    / X /    NOT GUILTY

    /   /    GUILTY

as charged in Count II of the Superseding Indictment.

1. If you find the defendant KUANG-HUA CHEN guilty as charged in Count II of the Superseding Indictment, do you unanimously find beyond a reasonable doubt that the controlled substance that defendant KUANG-HUA CHEN either directly imported or aided, abetted or caused another to import was N, N-dimethylamphetamine hydrochloride?

    _____    Yes

    _____    No

2. If you find beyond a reasonable doubt that the controlled substance KUANG-HUA CHEN either directly imported or aided, abetted or caused another to import was N, N-dimethylamphetamine hydrochloride, do you unanimously find beyond a reasonable doubt that the total amount of N, N-dimethylamphetamine hydrochloride defendant KUANG-HUA CHEN either directly imported or aided, abetted or caused another to import was:

    _____    at least 1.5 kilograms or more of N, N-dimethylamphetamine hydrochloride;

    OR

    _____    at least 50 grams or more of N, N-dimethylamphetamine hydrochloride;

    OR

    _____    at least 5 grams but less than 50 grams of N, N-dimethylamphetamine hydrochloride;

    OR

a detectable amount but less than 5 grams of N, N-dimethylamphetamine hydrochloride;

3. If you find the defendant KUANG-HUA CHEN guilty as charged in Count II of the Superseding Indictment, do you unanimously find beyond a reasonable doubt that defendant KUANG-HUA CHEN was:

    a. Predisposed to commit the crime before being contacted by the government agent?

    _____ Yes

    _____ No

or

    b. Induced by the government agent to commit the crime?

    _____ Yes

    _____ No

### COUNT III - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, KUANG-HUA CHEN: Violation of Title 21, United States Code, Sections 841(a)(1), 841(b) and 846:

    / X /    NOT GUILTY

    /   /    GUILTY

as charged in Count III of the Superseding Indictment.

1. If you find the defendant KUANG-HUA CHEN guilty as charged in Count III of the Superseding Indictment, do you unanimously find beyond a reasonable doubt that the controlled substance that defendant KUANG-HUA CHEN conspired to distribute was methamphetamine hydrochloride, also knows as "ice"?

    _____ Yes

    _____ No

2. If you find beyond a reasonable doubt that the controlled substance KUANG-HUA CHEN conspired to distribute was methamphetamine hydrochloride also known as "ice," do you unanimously find beyond a reasonable doubt that the total amount of methamphetamine hydrochloride also known as "ice," defendant KUANG-HUA CHEN either directly distributed or agreed, understood, or reasonably could have foreseen would be distributed by other co-conspirators in furtherance of the conspiratorial agreement was:

_____ at least 1.5 kilograms or more of methamphetamine hydrochloride;

OR

_____ at least 50 grams or more of methamphetamine hydrochloride;

OR

_____ at least 5 grams but less than 50 grams of methamphetamine hydrochloride;

OR

_____ a detectable amount but less than 5 grams of methamphetamine hydrochloride;

3. If you find the defendant KUANG-HUA CHEN guilty as charged in Count III of the Superseding Indictment, do you unanimously find beyond a reasonable doubt that defendant KUANG-HUA CHEN was:

    a. Predisposed to commit the crime before being contacted by the government agent?

_____ Yes

_____ No

or

    b. Induced by the government agent to commit the crime?

_____ Yes

_____ No

///

## COUNT IV - POSSESSION WITH INTENT TO DISTRIBUTE
## N, N-DIMETHYLAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, KUANG-HUA CHEN: Violation of Title 21, United States Code, Sections 841(a)(1), 841(b); and Title 18, United States Code, Section 2:

/ X /     NOT GUILTY

/   /     GUILTY

as charged in Count IV of the Superseding Indictment.

1. If you find the defendant KUANG-HUA CHEN guilty as charged in Count IV of the Superseding Indictment, do you unanimously find beyond a reasonable doubt that the controlled substance that defendant KUANG-HUA CHEN either directly possessed with intent to distribute or aided, abetted or caused another to possess with intent to distribute was N, N-dimethylamphetamine hydrochloride?

_____    Yes

_____    No

2. If you find beyond a reasonable doubt that the controlled substance KUANG-HUA CHEN either directly possessed with intent to distribute or aided, abetted or caused another to possess with intent to distribute was N, N-dimethylamphetamine hydrochloride, do you unanimously find beyond a reasonable doubt that the total amount of N, N-dimethylamphetamine hydrochloride defendant KUANG-HUA CHEN either directly possessed with intent to distribute or aided, abetted or caused another to possess with intent to distribute was:

_____    at least 1.5 kilograms or more of N, N-dimethylamphetamine hydrochloride;

OR

_____    at least 50 grams or more of N, N-dimethylamphetamine hydrochloride;

OR

_____    at least 5 grams but less than 50 grams of N, N-dimethylamphetamine hydrochloride;

OR

_____ a detectable amount but less than 5 grams of N, N-dimethylamphetamine hydrochloride;

3. If you find the defendant KUANG-HUA CHEN guilty as charged in Count IV of the Superseding Indictment, do you unanimously find beyond a reasonable doubt that defendant KUANG-HUA CHEN was:

    a. Predisposed to commit the crime before being contacted by the government agent?

_____ Yes

_____ No

or

    b. Induced by the government agent to commit the crime?

_____ Yes

_____ No

DATED this _20_ day of June, 2006, at Hagatna, Guam.

                                                [signature]
                                                FOREPERSON