DISTRICT COURT OF GUAM
TERRITORY OF GUAM
*AMENDED* MINUTES - TRIAL


FILED
DISTRICT COURT OF GUAM
JUN 21 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-04-00008**  **DATE: June 20, 2006**

*************************************************************

**HON. JOHN A. HOUSTON, Designated Judge, Presiding**
Official Court Reporter: Wanda Miles**
Hearing Electronically Recorded: 4:51:35 - 5:00:22

Law Clerk: None present
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Pereda

*********************** APPEARANCES ***********************

**DEFT  KUANG HUA CHEN**
( X ) PRESENT  ( X ) CUSTODY  (  ) BOND  (  ) P.R.

**ATTY  CURTIS VAN DE VELD**
( X ) PRESENT  ( X ) RETAINED  (  ) FPD  (  ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID

AGENT: KEN BOWMAN, D.E.A.

U.S. PROBATION: MARIA CRUZ

U.S. MARSHAL: C. MARQUEZ / W. GRAY

INTERPRETER: JULIA BERG

LANGUAGE: MANDARIN

**DAY NO.  10  OF TRIAL**

(  ) JURY EMPANELED AND SWORN
(  ) OPENING STATEMENT BY THE  ___ Plaintiff  ___ Defendant
(  ) WITNESSES SWORN AND EXAMINED      (  ) EXHIBITS MARKED AND ADMITTED
      SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
(  ) CLOSING ARGUMENT BY THE  ___ Plaintiff  ___ Defendant
(  ) TRIAL/DELIBERATION CONTINUED TO: _____
(  ) JURY CHARGED BY COURT
(  ) JURY DELIBERATE AT _____       ( X ) JURY RETURNS VERDICT AT:  4:20 P.M.
( X ) JURY VERDICT: COUNTS I THROUGH IV - NOT GUILTY
(  ) JURY POLLED    ( X ) POLLING WAIVED    ( X ) JURY DISCHARGED
(  ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

Mr. Van de Veld moved for the defendant's release. Government had no objections.

The Court Ordered the defendant be released from custody.

** Amended to correct the Court Reporter