VAN DE VELD SHIMIZU CANTO FISHER
De La Corte Building, Suite 101
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: 671.472.1131
Fax: 671.472.2
Attorneys for Defendant: KUANG HUA CHEN

**FILED**
DISTRICT COURT OF GUAM
JUN 21 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KUANG HUA CHEN, )<br>)<br>Defendant. )<br>) | Criminal Case No. 04-00008<br><br>**ORDER**<br>**Releasing Defendant's Passport and Other Travel Documents** |

THIS MATTER came before the court upon an ex parte stipulation for release to counsel for Defendant KUANG HUA CHEN, that being the law firm of VAN DE VELD SHIMIZU CANTO FISHER, by Mr. Curtis C. Van de veld, Esq., of Defendant's Passports - Exhibits 27 and 29, and other travel documents of the Defendant - Exhibit 28, in possession of the court as trial exhibits. The Court finds that based upon the acquittal of Defendant, the stipulation of the parties and good cause existing from the record of this matter, that it is appropriate to make the following order;

1     IT IS HEREBY ORDERED that the Passports - Exhibits 27 and 29, and other travel

2 documents - Exhibit 30, of Defendant KUANG HUA CHEN, in possession of the Court as

3 trial exhibits, are hereby ordered to be released to Mr. Curtis C. Van de veld, Esq.

4     SO ORDERED: this 21st of June 2006.

_____
JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge

CCV:ccv
VSCF/K.H. CHEN/CR000600

UNITED STATES OF AMERICA, Plaintiff v. KUANG HUA CHEN, Defendant
STIPULATION FOR RELEASE OF DEFENDANT'S PASSPORT AND OTHER TRAVEL DOCUMENTS TO DEFENSE COUNSEL
Criminal Case No. CR-04-00008     Page 2
Case 1:04-cr-00008    Document 101    Filed 06/21/2006    Page 2 of 2