
DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KUANG-HUA CHEN,<br><br>Defendant. | CRIMINAL CASE NO. 04-00008<br><br>**RECEIPT OF EXHIBITS** |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ] Government's     [ ] Defendant's     [ ] Joint

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 27 | Passport of Chen (copy only) |
| 28 | Hong Kong multiple entry permit of Chen |
| 29 | Chinese passport (green) of Chen |

_____
Signature

Curtis Van develd
Name

21 June 06
Date

Curtis Van develd
Office/Firm Receiving Exhibits