AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

FILED
DISTRICT COURT OF GUAM
JUN 21 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT OF _____ GUAM

UNITED STATES OF AMERICA

V.

KUANG-HUA CHEN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR-04-00008

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

JOHN A. HOUSTON, DESIGNATED JUDGE
Name and Title of Judge

June 21, 2006
Date