VAN DE VELD SHIMIZU CANTO & FISHER
De La Corte Building, Suite 101
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: 671.472.1131
Fax: 671.472.2
Attorneys for Defendant: KUANG HUA CHEN

FILED
DISTRICT COURT OF GUAM
JUN 22 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. CR-04-00008 |
| Plaintiff, | |
| vs. | STIPULATION FOR RELEASE OF DEFENDANT'S PASSPORT TO DEFENSE COUNSEL |
| KUANG HUA CHEN, | |
| Defendant. | |

COME NOW by ex parte stipulation, Defendant KUANG HUA CHEN through his counsel VAN DE VELD SHIMIZU CANTO & FISHER, by Mr. Curtis C. Van de veld, Esq., and the UNITED STATES OF AMERICA through the United States Attorney for the District Of Guam, Mr. Leonardo M. Rapadas, Esq., by Assistant United States Attorney Maravic P. David, Esq., to stipulate and agree that Defendant's Passport held by the Clerk of Court under Receipt No. 27557, should be released to the Defendant's counsel.

///

///

///

UNITED STATES OF AMERICA, Plaintiff v. KUANG HUA CHEN, Defendant
STIPULATION FOR RELEASE OF DEFENDANT'S PASSPORT AND OTHER TRAVEL DOCUMENTS TO DEFENSE COUNSEL
Criminal Case No. CR-04-00008
Page 1

Case 1:04-cr-00008    Document 105    Filed 06/22/2006    Page 1 of 2

SO STIPULATED:

| | |
|---|---|
| UNITED STATES OF AMERICA | Defendant KUANG HUA CHEN |
| United States Attorney's Office for the District of Guam<br>Mr. Leonardo M. Rapadas, Esq.<br>United States Attorney | VAN DE VELD SHIMIZU CANTO & FISHER |
| By: _/s/_<br>Ms. Maravic P. David, Esq.<br>Assistant United States Attorney | By: _/s/_<br>Mr. Curtis C. Van de veld, Esq.<br>Attorney for Defendant<br>KUANG HUA CHEN |
| DATED: 6/22/06 | DATED: 22 June 06 |

---

UNITED STATES OF AMERICA, Plaintiff v. KUANG HUA CHEN, Defendant
STIPULATION FOR RELEASE OF DEFENDANT'S PASSPORT AND OTHER TRAVEL DOCUMENTS TO DEFENSE COUNSEL
Criminal Case No. CR-04-00008

Page 2