Van de veld Shimizu Canto Fisher
De La Corte Building, Suite 101
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: 671.472.1131
Fax: 671.472.2
Attorneys for Defendant: KUANG HUA CHEN

**FILED**
DISTRICT COURT OF GUAM
JUN 22 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 04-00008 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** <br> **Releasing Defendant's Passport** |
| KUANG HUA CHEN, | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court upon an *ex parte* stipulation for release to counsel for the Defendant KUANG HUA CHEN, that being the law firm of Van de veld Shimizu Canto Fisher, by Mr. Curtis C. Van de veld, Esq., of the Defendant's passport held by the Clerk of Court under receipt number 27557 issued on November 18, 2005. The Court finds that based upon the acquittal of Defendant, the stipulation of the parties and good cause existing from the record of this matter, that it is appropriate to make the following Order;

UNITED STATES OF AMERICA, Plaintiff v. KUANG HUA CHEN, Defendant
ORDER RELEASING DEFENDANT'S PASSPORT
Criminal Case No. CR-04-00008                                              Page 1

Case 1:04-cr-00008   Document 106   Filed 06/22/2006   Page 1 of 2

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that Passport of Defendant KUANG HUA CHEN, in |
| 2 | possession of the Court under receipt no. 27557, is hereby ordered to be released to the |
| 3 | Defendant's counsel, Curtis C. Van de veld, Esq. |
| 4 | SO ORDERED: this 22nd of June 2006. |

_____
JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge

UNITED STATES OF AMERICA, Plaintiff v. KUANG HUA CHEN, Defendant
ORDER RELEASING DEFENDANT'S PASSPORT
Criminal Case No. CR-04-00008

Case 1:04-cr-00008   Document 106   Filed 06/22/2006   Page 2 of 2   Page 2