# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

USA,

        Plaintiff,

   vs.

KUANG-HUA CHEN,

        Defendant.

Case No. 1:04-cr-00008

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the Judgment of Acquittal filed June 21, 2006, and the Notice of Entry filed June 22, 2006, on the dates indicated below:

Office of the U.S. Attorney
June 23, 2006

Van de veld Shimizu Canto and Fisher
June 23, 2006

I, Melissa L. Trauner, declare under the penalty of perjury that on the above listed date(s) the:

Judgment of Acquittal filed June 21, 2006, and the Notice of Entry filed June 22, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: June 26, 2006

        /s/ Melissa L. Trauner
          Deputy Clerk