FILED
DISTRICT COURT OF GUAM
JUL 19 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KUANG-HUA CHEN,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 04-00008<br><br>RECEIPT OF EXHIBITS |

[ X ] Government's　　　[ ] Defendant's　　　[ ] Joint

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

**EXHIBIT NO.**　　　**DESCRIPTION**

See attached Second Amended Exhibit List

_____
Signature

Ken Bowman
Name

7/19/06
Date

DEA
Office/Firm Receiving Exhibits

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00008 |
| Plaintiff, ) | |
| vs. ) | UNITED STATES' SECOND AMENDED EXHIBITS |
| KUANG-HUA CHEN, ) | |
| Defendants. ) | |

COMES NOW the United States and hereby files with the Court the following amended exhibits for substitution and to be introduced in its case-in-chief: amended Exhibits 10, 13a, 25, and additional Exhibit 23a.

Respectfully submitted this 7th day of June 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1a-d. | Copy of Republic of China passport of Hung-Chang Yeh with U.S. visa, and I-94 arrival and departure record | 6-8-06 | 6-8-06 |
| 2. | Copy of airline ticket of Hungchang Yeh | 6-8-06 | 6-8-06 |
| 3. | Photo of Crazy Shirts shopping bag | 6-7-06 | 6-7-06 |
| 4. | Crazy Shirts shopping bag | 6-7-06 | 6-7-06 |
| 5a. | Chinese tea box with blue/white foil bag | 6-7-06 | 6-7-06 |
| 5b. | Photo of one Chinese tea box w/ red cover on top of Crazy Shirts shopping bag | 6-7-06 | 6-7-06 |
| 5c. | Photo of contents of Chinese tea box | 6-8-06 | 6-8-06 |
| 5d. | Photo of one plastic bag of crystalline substance | 6-8-06 - ~~6-7-06~~ | 6-8-06 |
| 6. | Evidence bag of 729.2 grams of N, N-dimethylamphetamine HCl | 6-8-06 | 6-8-06 |
| 7. | DEA lab report - 729.2 grams of N, N-dimethylamphetamine HCl | 6-8-06 | 6-9-06 |
| 8. | SONY digital recording of first August 27, 2003 meeting | | |
| 9. | Compact disc recording of first August 27, 2003 meeting | 6-7-06 | 6-7-06 |
| 10. | Transcript of first August 27, 2003 meeting | 6-7-06 | 6-7-06 |
| 11a. | SONY digital recording of second August 27, 2003 meeting | | |
| 11b. | Compact disc recording of Exhibit 11a | 6-7-06 | 6-7-06 |
| 12a. | Tape recording of second August 27, 2003 meeting | ~~6-7-06~~ | |
| 12b. | Compact disc recording of Exhibit 12a | 6-7-06 | 6-7-06 |
| 13a. | Transcript of second August 27, 2003 meeting | 6-7-06 | 6-7-06 |
| 13b. | Videotape of second August 27, 2003 meeting | 6-7-06 | 6-7-06 |
| 14. | Three Chinese tea boxes with blue/white foil bags | 6-8-06 | 6-8-06 |
| 15. | Photo of one Chinese tea box and red cover with blue/white foil bag and plastic bag of crystalline substance | 6-8-06 | 6-8-06 |

i

| # | Exhibit | Description | Date 1 | Date 2 |
|---|---|---|---|---|
| | 16a-b. | Photos of two Chinese tea boxes with green covers and contents | 6-8-06 | 6-8-06 |
| | 17. | Photo of evidence bag containing three plastic bags of 2,078 grams of N, N-dimethylamphetamine Hcl | 6-8-06 | 6-8-06 |
| | 18a-b. | Evidence bag of 2,078 grams of N, N-dimethylamphetamine Hcl | 6-8-06 | 6-8-06 |
| | 19. | DEA lab report - 2,078 grams of N, N-dimethylamphetamine Hcl | 6-8-06 | 6-8-06 |
| | 20. | Holiday Inn invoice | | |
| | 21. | Copy of $5,000 | | |
| | 22. | Plea agreement of Hung Chang Yeh | | 6-12-06 |
| | 23. | Videotaped deposition of Hung Chang Yeh | | |
| | 23a. | Audio cassette - deposition of Hung Chang Yeh | | |
| | 24. | Transcript of videotaped deposition of Hung Chang Yeh | 6-12-06 | 6-12-06 |
| | 25. | Holiday Inn note | 6-9-06 | 6-9-06 |
| | 26a. | Videotape of meeting with Chen | | |
| | 26b. | DVD of meeting with Chen | 6-8-06 | 6-8-06 |
| | 27. | Passport of Chen (copy only) | 6-9-06 | 6-12-06 |
| | 28. | Hong Kong multiple entry permit of Chen | 6-9-06 | 6-12-06 |
| | 29. | Chinese passport (green) of Chen | 6-9-06 | 6-12-06 |
| | 30a. | China Airlines passenger receipt of Chen | | |
| | 30b. | EVA Air flight coupon of Chen | | |
| | 31a-c. | Copies of passport size photos and business card | | |
| | 32. | Cassette tape recording b/w CS and Chen (HK N-5/ G N-12) (July 7, 2003; Macau) | | |
| | 33. | Compact disc recording b/w CS and Chen (July 7, 2003; Macau) | | |
| | 34. | Transcript of July 7, 2003 Macau recording | | |
| | 35. | Mini disk digital recording b/w CS and Chen (HK N-2 / G N-9) (July 9, 2003; Macau) | | |
| | 36. | Compact disc recording b/w CS and Chen (July 9, 2003; Macau) | 6-8-06 | 6-8-06 |

| # | Item | | |
|---|---|---|---|
| 37. | Transcript of July 9, 2003 Macau recording (Partial) | 6·8·06 | 6·8·06 |
| 38. | Mini disk digital recording b/w CS and Chen (HK N-3 / G N-10) (July 10, 2003; Macau) | | |
| 39. | Compact disc recording b/w CS and Chen (July 10, 2003; Macau) | 6·8·06 | 6-9-06 |
| 40. | Transcript of July 10, 2003 Macau recording (Partial) | 6·8·06 | 6·8·06 |
| 41. | Mini disk digital recording b/w CS and Chen (HK N-4 / G N-11) (July 15, 2003; Hong Kong) | | |
| 42. | Compact disc recording b/w CS and Chen (July 15, 2003; Hong Kong) | | |
| 43. | Transcript of July 15, 2003 Hong Kong recording | | |
| 44. | Mini disk digital recording b/w CS and Chen (HK N-6 / G N-13) (August 2, 2003; Macau) | | |
| 45. | Compact disc recording b/w CS and Chen (August 2, 2003; Macau) | 6·8·06 | 6·8·06 |
| 46. | Transcript of August 2, 2003 Macau recording (Partial) | 6·8·06 | 6·8·06 |
| 47. | Mini disk digital recording b/w CS and Chen (HK N-7 / G N-14) (August 12, 2003; Macau) | | |
| 48. | Compact disc recording b/w CS and Chen (August 12, 2003; Macau) | 6·8·06 | 6·8·06 |
| 49. | Transcript of August 12, 2003 Macau recording (Partial) | 6·8·06 | 6·8·06 |
| 50. | Mini disk digital recording b/w CS and Chen (HK N-8 / G N-15) (August 14, 2003; Macau) | | |
| 51. | Compact disc recording b/w CS and Chen (August 14, 2003; Macau) | | |
| 52. | Transcript of August 14, 2003 Macau recording | | |
| 53. | Mini disk digital recording b/w CS and Chen (HK N-9 / G N-16) (August 22, 2003; Macau) | | |
| 54. | Compact disc recording b/w CS and Chen (August 22, 2003; Macau) | | |
| 55. | Transcript of August 22, 2003 Macau recording | | |
| 56. | Mini disk digital recording b/w CS and Chen (HK N-10 / G N-17) (August 22, 2003; Macau) | | |
| 57. | Compact disc recording b/w CS and Chen (August 22, 2003; Macau) | 6·8·06 | 6·8·06 |

| | | | |
|---|---|---|---|
| 58. | Transcript of August 22, 2003 Macau recording *Partial* | 6.8.06 | 6.8.06 |
| 59. | Mini disk digital recording b/w CS and Chen (HK N-12 / G N-19) (August 25, 2003; Hong Kong) | | |
| 60. | Compact disc recording b/w CS and Chen (August 25, 2003; Hong Kong) | | |
| 61. | Transcript of August 25, 2003 Hong Kong recording | | |
| 62. | Mini disk digital recording b/w CS and Chen (HK N-13 / G N-20) (August 27, 2003; Macau) | | |
| 63. | Compact disc recording b/w CS and Chen (August 27, 2003; Macau) | 6.8.06 | 6.8.06 |
| 64. | Transcript of August 27, 2003 Macau recording *Partial* | 6.8.06 | 6.8.06 |
| 65. | Mini disk recording b/w CS and Chen (HK N-14 / G N-21) (October 9, 2003; Hong Kong) | | |
| 66. | Compact disc recording b/w CS and Chen (October 9, 2003; Hong Kong) | 6.8.06 | 6.8.06 |
| 67. | Transcript of October 9, 2003 Hong Kong recording *Partial* | 6.8.06 | 6.8.06 |